

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 10-1407

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

### I. APPLICANT'S STATEMENT

I, __Wayne D. Steedman__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __6185__ for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Maryland | 12/19/1991 | N/A |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| District of Maryland | 03/27/1992 | 09474 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Third Circuit Court of Appeals | 06/11/2008 | 09474 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Supreme Court | 10/05/2005 | 09474 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    Plaintiff

_(Applicant's Signature)_

3/5/10
(Date)

FILED
APR 01 2010
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Callegary & Steedman, P.A.
201 North Charles Street, Suite 1402, Baltimore, Maryland 21201
(410) 576-7606

Sworn and subscribed before me this

5 Day of March, 2010

Notary Public

ROBERT ALCAN
NOTARY PUBLIC
HOWARD COUNTY
MARYLAND
MY COMMISSION EXPIRES DEC. 2, 2013

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _Wayne D. Steedman_ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Judith Gran | _signature_ | 12/19/1983 | 403134 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

### SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Reisman Carolla Gran LLP

19 Chestnut Street, Haddonfield, New Jersey 08033

(856) 354-0061

Sangeeta Kumar
Notary Public
State of New Jersey
My Commission Expires 04-17-2013

Sworn and subscribed before me this
18th Day of March 2010

_signature_
Notary Public

FILED
APR 01 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Stephen Harrison Cockburn | : | CIVIL ACTION |
| v. | : | |
| National Board of Medical Examiners et al. | : | |
| | : | NO. |

## ORDER

AND NOW, this _____ Day of March _____, 2010, it is hereby

ORDERED that the application of <u>Wayne D. Steedman</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Stephen Harrison Cockburn | : | CIVIL ACTION |
| v. | : | |
| National Board of Medical Examiners et al. | : | NO. |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _____Wayne D. Steedman_____ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

National Board of Medical Examiners

3750 Market Street

Philadelphia, PA 19104-3102

FILED

APR 01 2010

MICHAEL E. KUNZ, Clerk
   Dep. Clerk

_____
Signature of Attorney

Wayne Steedman
Name of Attorney

Judith Gran
Name of Moving Party

3, 29, 10
Date