



APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Stephen Harrison Cockburn | CIVIL ACTION |
| v. | |
| National Board of Medical Examiners et al. | NO. 10-1407 |

FILED
APR 05 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 5th day of April, 2010, it is hereby

ORDERED that the application of Wayne D. Steedman, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____, J.

ENTERED
APR 05 2010
CLERK OF COURT