

APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Stephen Harrison Cockborn : CIVIL ACTION
:
v. :
:
National Board of Medical Examiners et al. : NO. 10-1407

FILED

APR 05 2010
MICHAEL E. KUNZ, Clerk
                Dep. Clerk

## ORDER

AND NOW, this 5th Day of April, 2010, it is hereby ORDERED that the application of James F. Silver, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.

ENTERED

APR 05 2010

CLERK OF COURT