

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEPHEN HARRISON COCKBURN   :   CIVIL ACTION
:
v.   :   No. 10-1407
:
NATIONAL BOARD OF MEDICAL   :
EXAMINERS, et al.   :

### ORDER

And now this 8th day of July, 2010, it is hereby ORDERED Defendants shall have 30 days to show cause why judgment should not be entered in favor of Plaintiffs for failure to respond.

BY THE COURT:

_____
Juan R. Sánchez, J.

7/8/10 mailed
Steedman Silver
N.B.M.E Farmer

ENTERED
JUL 08 2010
CLERK OF COURT