UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN HARRISON COCKBURN, § § § Plaintiff, § § v. § § NATIONAL BOARD OF MEDICAL § EXAMINERS, § § and § § CATHERINE FARMER, § § Defendants. § | No. 2:10-cv-01407-JS |

## **[PROPOSED] ORDER**

The Court has considered the motion of Defendant Catherine Farmer to dismiss the claim brought against her, in its entirety, for failure to state a claim upon which relief can be granted; and of Defendant National Board of Medical Examiners ("NBME") to dismiss Plaintiff's claim insofar as it requests damages.  The Court has also considered any opposition to the Defendants' motion.  Having done so, the Court hereby GRANTS the motion.

The Court hereby dismisses Catherine Farmer as a defendant in this lawsuit, and dismisses Plaintiff's claim against NBME insofar as it requests compensatory and punitive damages.

SO ORDERED THIS ____ day of _____ 2010.

_____
U.S. District Court Judge

90122892.1