UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN HARRISON COCKBURN, § | |
| Plaintiff, § | |
| v. § | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, § | No. 2:10-cv-01407-JS |
| and § | |
| CATHERINE FARMER, § | |
| Defendants. § | |

### RESPONSE TO ORDER TO SHOW CAUSE

On July 8, 2010, the Court entered an Order giving the Defendants "30 days to show cause why judgment should not be entered in favor of Plaintiffs for failure to respond." (D.E. 6) Defendants respectfully respond as follows to the Court's Order.

The Complaint in this action was filed on March 30, 2010. It was served on the Defendants on or about June 10, 2010. Defendants' response to the Complaint was therefore due on or about July 1, 2010. Due to scheduling issues, Defendants requested a three-week extension, to which Plaintiff, through his counsel, was kind enough to consent. The extension put Defendants' response date at July 22, 2010, and Defendants filed their responses to the Complaint on that date. *See* Defendants' Motion to Dismiss (D.E. 7) *and* Defendants' Answer (D.E. 8).

90123543.1

- 2 -

In light of the above, judgment should not be entered in favor of Plaintiffs for failure to respond.

          Respectfully submitted,

          _____/s/_____
          Robert A. Burgoyne
          FULBRIGHT & JAWORSKI L.L.P.
          801 Pennsylvania Avenue, NW
          Washington, DC  20004-2623
          (202) 662-0200
          Fax:  (202) 662-4643
          Email:  rburgoyne@fulbright.com