UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN HARRISON COCKBURN,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>and<br><br>CATHERINE FARMER,<br><br>Defendants. | No. 2:10-cv-01407-JS |

## DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEFS

On July 22, 2010, Defendants filed a Motion to Dismiss, see D.E. 7, to which Plaintiffs responded on August 2, 2010, see D.E. 10. On July 23, 2010, Defendants filed a response (D.E. 9) to an Order issued by the Court on July 8, 2010 (D.E. 6) asking the Defendants to show cause why a default should not be entered for failure to respond to the Complaint. Plaintiff responded to the Defendants' show cause response on August 2, 2010. See D.E. 11.

Defendants hereby seek leave to file a short reply brief to each of the responsive briefs filed by the Plaintiff on August 2, 2010. The proposed Reply Briefs are attached hereto as Exhibits 1 ("Defendants' Reply Memorandum is Support of Motion to Dismiss") and 2 ("Defendants' Reply to Plaintiff's Response on the Court's Order to Show Cause").

WHEREFORE, Defendants request that this motion be granted, and that the briefs attached hereto as Exhibits 1 and 2 be docketed in this matter. A proposed order is filed herewith.

Respectfully submitted,

/s/
Robert A. Burgoyne
FULBRIGHT & JAWORSKI L.L.P.
801 Pennsylvania Avenue, NW
Washington, DC  20004-2623
(202) 662-0200
Fax:  (202) 662-4643
Email:  rburgoyne@fulbright.com