UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN HARRISON COCKBURN, § § § Plaintiff, § § v. § § NATIONAL BOARD OF MEDICAL § EXAMINERS, § § and § § CATHERINE FARMER, § § Defendants. § | No. 2:10-cv-01407-JS |

FILED
AUG 1 3 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

The Court has considered the Defendants' Motion for Leave to File Reply Briefs. Having done so, the Court hereby GRANTS the Motion and directs the Clerk to docket the Defendants' Reply Memorandum in Support of Motion to Dismiss and the Defendants' Reply to Plaintiff's Response on the Court's Show Cause Order, which are attached, respectively, as Exhibits 1 and 2 to the Defendants' Motion for Leave to File Reply Briefs.

SO ORDERED this 13th day of August, 2010.

_____
U.S. District Judge

76596835.1