IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN HARRISON COCKBURN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 10-1407 |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, et al. | : : | |

**ORDER**

AND NOW, this 17th day of August, 2010, it is ORDERED Defendants' Motion to Dismiss Plaintiff Stephen Harrison Cockburn's claim insofar as it requests damages (Document 7) is GRANTED.[1]  Ruling on Defendants' Motion to Dismiss Cockburn's claim against Catherine Farmer is RESERVED.

This Court will hear oral argument on Defendants' Motion to Dismiss Cockburn's claim against Farmer on August 26, 2010, at 9:30 a.m. in Courtroom 8B.  A Rule 16 conference shall immediately follow.  Counsel are required to complete Rule 26(a) disclosures, to confer pursuant to Rule 26(f) and to submit to the Court a joint case management order at least 24 hours prior to the Rule 16 Conference.[2]

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez            J.

---

[1] Cockburn concedes damages are not recoverable under Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq.*, and thus does not oppose Defendants' motion to dismiss his claim insofar as it requests damages.

[2] *See* Judge Sánchez's procedures:  www.paed.uscourts.gov/documents/procedures/sanpol.pdf.