IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN HARRISON COCKBURN )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>NATIONAL BOARD OF )<br>MEDICAL EXAMINERS )<br>et al. )<br>)<br>    **Defendants** ) | Civil Action No. 10-1407 |

MOTION TO WITHDRAW PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS

On March 30, 2010, Plaintiff filed the Complaint in this action. On June 10, 2010, Plaintiff served a copy of the Complaint on the Defendants. On July 8, 2010, this Court entered an Order requiring that, within 30 days, Defendants "show cause why judgment should not be entered in favor of the Plaintiffs for failure to respond." See Order dated July 8, 2010.

On July 23, 2010, Defendants filed a Motion to Dismiss, moving that the Court dismiss the request for monetary damages and dismiss Catherine Farmer as a Defendant. On August 2, 2010, Plaintiff filed a Response in Opposition to the Defendants' Motion to Dismiss, opposing the Defendants' motion to dismiss Catherine Farmer. On August 6, 2010, the Defendants filed a Motion For Leave To File Reply Briefs to Plaintiff's Response in Opposition to Defendants' Motion to Dismiss. On August 13, 2010, the court granted Defendants' Motion For Leave To File Reply Briefs. On August 17, 2010, the Court granted Defendants' unopposed motion to dismiss the monetary damages, and

scheduled oral argument on Defendants' motion to dismiss Catherine Farmer as a Defendant.

The Plaintiff now hereby moves the Court to withdraw the Response in Opposition to the Defendants' Motion to Dismiss with regard to Catherine Farmer. Counsel for the Plaintiff has consulted with Counsel for the Defendants, who agreed that Defendants will not oppose this Motion.

        Respectfully submitted,

        /s/ Wayne D. Steedman
        Wayne D. Steedman, Federal Bar No. 09474
        Callegary & Steedman, P.A.
        201 N. Charles Street, Ste. 1402
        Baltimore, Maryland 21201
        410-576-7606
        Attorney for the Plaintiff

        /s/ James F. Silver
        James F. Silver, Federal Bar No. 28571
        Callegary & Steedman, P.A.
        201 N. Charles Street, Ste. 1402
        Baltimore, Maryland 21201
        410-576-7606
        Attorney for the Plaintiff

        /s/ Judith A. Gran
        Judith A. Gran, Federal Bar No. 40134
        Reisman Carolla Gran LLP
        19 Chestnut Street
        Haddonfield, New Jersey 08033
        (856) 354-0061
        Attorney for the Plaintiff

DATED: August 20, 2010