IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN HARRISON COCKBURN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 10-1407 |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, et al. | : | |

# ORDER

AND NOW, this 23rd day of August, 2010, it is ORDERED Plaintiff Stephen Harrison Cockburn's First Motion to Withdraw Plaintiff's Response in Opposition to Defendants' Motion to Dismiss Cockburn's claim against Catherine Farmer (Document 16) is GRANTED.

It is further ORDERED Defendants' Motion to Dismiss Cockburn's claim against Farmer (Document 7) is GRANTED as unopposed. The oral argument scheduled for August 26, 2010, at 9:30 a.m., is CANCELED.

It is further ORDERED a Rule 16 conference shall be held on August 26, 2010, at 9:30 a.m. in Courtroom 8B. Counsel are required to complete Rule 26(a) disclosures, to confer pursuant to Rule 26(f), and to submit to the Court a joint case management order at least 24 hours prior to the Rule 16 Conference.[1]

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] *See* Judge Sánchez's procedures: www.paed.uscourts.gov/documents/procedures/sanpol.pdf.