IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN HARRISON COCKBURN | : | CIVIL ACTION |
| | : | |
| v. | : | No.  10-1407 |
| | : | |
| NATIONAL BOARD OF MEDICAL | : | |
|     EXAMINERS, et al. | : | |

# **AMENDED ORDER**

AND NOW, this 25th day of August, 2010, it is hereby ORDERED the Rule 16 Conference is rescheduled to September 9, 2010 at 3:00 p.m. in Courtroom 8B.  Counsel are required to complete Rule 26(a) disclosures, to confer pursuant to Rule 26(f) and to submit to the Court a joint case management order at least 24 hours prior to the Rule 16 Conference.[1]

BY THE COURT:


    /s/   Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] See  Judge Sánchez's procedures:  www.paed.uscourts.gov/documents/procedures/sanpol.pdf.