IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN HARRISON COCKBURN | : | CIVIL ACTION |
| | : | |
| v. | : | No.  10-1407 |
| | : | |
| NATIONAL BOARD OF MEDICAL | : | |
|     EXAMINERS, et al. | : | |

## **ORDER**

AND NOW, this 7th day of September, 2010, it is ORDERED Plaintiff Stephen Harrison

Cockburn's September 7, 2010, letter request to conduct the September 9, 2010, Rule 16

Conference by telephone is DENIED.

BY THE COURT:


   /s/ Juan R. Sánchez       
              Juan R. Sánchez, J.