UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN HARRISON COCKBURN, § § § Plaintiff, § § v. § § NATIONAL BOARD OF MEDICAL § EXAMINERS, *et al.*, § § Defendants. § § § | No. 2:10-cv-01407-JS |

**PROPOSED**
**INITIAL CASE MANAGEMENT ORDER**

The Court held a Rule 16 scheduling conference in this matter on September 9, 2010, and hereby enters the following initial Case Management Order:

A. **JURISDICTION**: The Court has jurisdiction pursuant to 28 U.S.C. § 1331 and the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101, *et seq.* Venue is proper.

B. **MOTIONS TO AMEND**: The parties shall file all Motions to Amend on or before November 2, 2010.

C. **RULE 26(F)**: The parties have met and conferred under FED. R. CIV. P.26(f), in advance of the initial Rule 16 conference.

D. **INITIAL DISCLOSURES**: The parties shall exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) on or before September 27, 2010.

E. **DISCOVERY**: The parties shall complete all written discovery and depose all fact witnesses on or before March 9, 2011.

F. **ELECTRONIC DISCOVERY**: The parties shall handle the production of electronic records in the manner set forth in their Joint Rule 26(f) Report.

- 2 -

G. **DISCLOSURE OF EXPERTS**: The plaintiff shall identify all expert witnesses and provide to defendant all expert reports on or before May 9, 2011. The defendant shall identify all expert witnesses and provide to plaintiff all expert reports on or before June 13, 2011.

H. **DEPOSITIONS OF EXPERT WITNESSES**: The parties shall depose all expert witnesses on or before August 1, 2011.

I. **DISPOSITIVE MOTIONS**: The parties shall file all dispositive motions on or before September 30, 2011. The response to any dispositive motion shall be filed within twenty (20) days after service. Optional replies shall be filed within ten (10) days after service of the response.

J. **ESTIMATED TRIAL TIME**: If the case is not disposed of on motion, the parties expect the trial to last approximately 3 days.

**IT IS SO ORDERED.**

                                                               Juan R. Sánchez
                                                                U.S. District Judge

APPROVED FOR ENTRY:


_/s/ Wayne Steedman_
Attorney for Plaintiff


_/s/ Robert A. Burgoyne_
Attorney for Defendant