

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN HARRISON COCKBURN | : | CIVIL ACTION |
| v. | : | No. 10-1407 |
| NATIONAL BOARD OF MEDICAL EXAMINERS, et al. | : | |



FILED
SEP 10 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 9th day of September, 2010, it is ORDERED the schedule in the above-captioned matter is as follows:

- Discovery deadline is December 9, 2010;
- Plaintiff's expert report is due December 23, 2010;
- Defendant's expert report is due January 7, 2011;[1]
- Dispositive motions are due January 14, 2011;
- Responses to dispositive motions are due January 21, 2011;
- A teleconference to discuss settlement shall take place on January 28, 2011 at 1:15 p.m. Counsel for Plaintiff is to initiate the call;
- Motions in limine are due February 9, 2011;
- Responses to motions in limine are due February 23, 2011;
- Plaintiff's pre-trial memorandum is due February 23, 2011;
- Defendant's pre-trial memorandum is due February 23, 2011;
- Joint requested points for charge, joint proposed verdict slip, and voir dire questions, as explained in the Honorable Juan R. Sánchez's on-line procedures, are due February 23, 2011;
- Final pre-trial conference is February 28, 2011 at 10:00 a.m. in Courtroom 8B;
- Joint exhibit binder is to be submitted to chambers no later than 4:30 p.m. the day prior to

---

[1] Any deposition of an expert under Federal Rule of Civil Procedure 26(b)(4)(A) must be conducted before the deadline for submission of dispositive motions.

trial;

* This matter is in the March 7, 2011 trial pool.

* Counsel are referred to Judge Sánchez's operating procedures for further information: http://www.paed.uscourts.gov/documents/procedures/sanpol.pdf.

BY THE COURT:

_____
Juan R. Sánchez, J.

9/10/10 mul.
Silva Stedman
Fama

ENTERED
SEP 10 2010
CLERK OF COURT