UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Cockburn

V.

National Board of Medical Examiners et al

Civil Action
No: 2:10-cv-01407-JS

## DISCLOSURE STATEMENT FORM

Please check one box:

☑ The nongovernmental corporate party, National Board of Medical Examiners, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

9/13/10
Date

[Signature]
Signature

Counsel for: National Board of Medical Examiners et al

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
 (a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1) identifies any parent corporation and any publicly held corporation owning10% or more of its stock; or
  (2) states that there is no such corporation.

 (b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
  (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2) promptly file a supplemental statement if any required information changes.