IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN HARRISON COCKBURN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 10-1407 |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, et al. | : | |

### AMENDED SCHEDULING ORDER

AND NOW, this 5th day of November, 2010, it is ORDERED the schedule in the above-captioned matter is amended as follows:[1]

- Discovery deadline is December 9, 2010;

- Plaintiff's expert report is due December 23, 2010;

- Defendant's expert report is due January 7, 2011;[2]

- Dispositive motions are due January 14, 2011;

- Responses to dispositive motions are due January 21, 2011;

- A teleconference to discuss settlement shall take place on January 28, 2011, at 1:15 p.m. Counsel for Plaintiff is to initiate the call;

- Motions in limine are due February 9, 2011;

- Responses to motions in limine are due February 23, 2011;

- Plaintiff's pre-trial memorandum is due February 23, 2011;

- Defendant's pre-trial memorandum is due February 23, 2011;

---

[1] The original schedule is amended to reflect this Court's determination this action will have a bench trial because the parties agree Plaintiff Stephen Cockburn is not entitled to a jury trial on his remaining claims for injunctive relief under Title III of the Americans with Disabilities Act. To the extent this Court retains discretion to permit this case to be tried to a jury, this Court declines to exercise such discretion.

[2] Any deposition of an expert under Federal Rule of Civil Procedure 26(b)(4)(A) must be conducted before the deadline for submission of dispositive motions.

- Joint exhibit binder is to be submitted to chambers no later than 4:30 p.m. the day prior to trial;

- This matter is in the March 7, 2011 trial pool as a bench trial.

- Counsel are referred to Judge Sánchez's operating procedures for further information: http://www.paed.uscourts.gov/documents/procedures/sanpol.pdf.

                        BY THE COURT:

                        _Juan R. Sánchez_
                        Juan R. Sánchez, J.