IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 10-1407

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, _Caroline M. Mew_ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _1137520_, for the $40.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| District of Columbia | 05/08/2000 | 467354 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| North Carolina | 08/21/1999 | 26454 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| District of Columbia | 06/03/2002 | 467354 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Middle District of North Carolina | 05/29/2001 | 26454 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| United States Supreme Court | 08/04/2003 | N/A |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for     National Board of Medical Examiners

_Caroline M. Mew_
(Applicant's Signature)

12/3/10
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Fulbright & Jaworski L.L.P., 801 Pennsylvania Avenue NW

Washington, DC 20004

202-662-4753

Sworn and subscribed before me this

3rd Day of Dec., ~~200~~ 2010

_Linda C. Brown_
Notary Public Linda C. Brown
Notary Public, District of Columbia
My Commission Expires 8/31/2011

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Caroline M. Mew___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Robert A. Burgoyne | [signature] | 01/10/2006 | 77964 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Fulbright & Jaworski L.L.P., 801 Pennsylvania Avenue NW

Washington, DC 20004

202-662-4513

Sworn and subscribed before me this

3rd Day of Dec. 2010

[signature]
Notary Public

Linda C. Brown
Notary Public, District of Columbia
My Commission Expires 8/31/2011

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN HARRISON COCKBURN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, ET AL. | : | NO.   10-1407 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _____Caroline M. Mew_____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Wayne Steedman, Callegary & Steedman, P.A

201 N. Charles Street, Suite 1402

Baltimore, MD 21201


_[signature]_
Signature of Attorney

Robert A. Burgoyne
Name of Attorney

National Board of Medical Examiners
Name of Moving Party

12/03/2010
Date

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN HARRISON COCKBURN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, ET AL. | : | NO.   10-1407 |

ORDER

AND NOW, this           Day of                      , 20    , it is hereby

ORDERED that the application of _Caroline M. Mew_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                                    J.