# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN HARRISON COCKBURN, | : | |
| | : | |
| v. | : | CIVIL ACTION No. 10-1407-JS |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS. | : | |

## DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, defendant National Board of Medical Examiners ("NBME") hereby moves for summary judgment. As set out more fully in the accompanying Memorandum of Law, the record evidence shows that plaintiff Stephen Cockburn ("Mr. Cockburn") is not substantially limited in any major life activities. Therefore, he is not disabled within the meaning of the Americans with Disabilities Act ("ADA"), and his claim against NBME fails as a matter of law.

Wherefore, NBME respectfully requests that the Court enter summary judgment in its favor and award such other and further relief as the Court deems just.

-2-

Dated:  February 7, 2011

                                        Respectfully submitted,

                                         /s/ Robert A. Burgoyne  
                                        Robert A. Burgoyne  
                                        Caroline M. Mew  
                                        Fulbright & Jaworski L.L.P.  
                                        801 Pennsylvania Avenue, NW  
                                        Washington, DC  20004-2623  
                                        Telephone: (202) 662-0200  
                                        Fax:  (202) 662-4643  
                                        rburgoyne@fulbright.com  
                                        cmew@fulbright.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been filed electronically and is available for viewing and downloading from the ECF system. Counsel of record for plaintiff were served through the Court's electronic case filing system.

                                                                                           /s/ Robert A. Burgoyne