UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN HARRISON COCKBURN, | : | |
| | : | |
| v. | : | CIVIL ACTION No. 10-1407-JS |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS. | : | |

**DECLARATION OF CATHERINE FARMER**

**EXHIBIT 20**

90360695.1

# EXHIBIT 20

**Walton County Public School System**
**Kindergarten Progress Report**

Student: Stephen _____   School: North Adams
Teacher: Hooper           Date: Jan 27, 1993

**COGNITIVE DEVELOPMENT:** The cognitive area includes those abilities that relate to acquiring and using intellectual processes, for example, language concepts, creativity, sensory development, and thinking skills.

Teacher Comment:
Stephen has made steady progress in the area of cognitive development. He has mastered letter & numeral recognition 1-10. He has a satisfactory understanding of math sets. He continues to work on learning beginning consonants sounds well.

**PSYCHOMOTOR DEVELOPMENT:** The psychomotor area includes the child's abilities to handle his self-care needs, his growth and maturation, his fine and gross motor skills and his perceptual abilities.

Teacher Comment:
Stephen shows progress in his fine & gross motor skill development. He handles his self care needs satisfactorily. As continue to work with him on becoming more aware of his surroundings and becoming more independently responsible for his work.

**AFFECTIVE DEVELOPMENT:** The affective area is related to the feelings and attitudes that the child has about himself and others, and how he relates to other people.

Teacher Comment:
Stephen is a sweet & happy person. He enjoys his peers and plays well with them. He enjoys sharing his ideas & experiences with us. He seems to enjoy school and he is one of the politest children I've ever taught.

TEACHER SIGNATURE: Katherine C. Hooper

Parent/Guardian Copy

Form # 1088

RECEIVED
OCT 30 2009
Disability Services

**Wake County Public School System**
**Kindergarten Progress Report**

Student: Stephen Cockburn   School: North Ridge
Teacher: Hoops   Date: Summer 1989

**COGNITIVE DEVELOPMENT:** The cognitive area includes those abilities that relate to acquiring and using intellectual processes - for example, language concepts, creativity, sensory development and thinking skills.

**Teacher Comment:**
Stephen continued to show steady progress this period. He seemed to be more alert and responsible. He completed the 10 work journals for writing to read and began to learn to write new words independently. He has a satisfactory understanding of joining & separating sets & addition & subtraction.

**PSYCHOMOTOR DEVELOPMENT:** The psychomotor area includes the child's abilities to handle his self-care needs, his growth and maturation, his fine and gross motor skills and his perceptual abilities.

**Teacher Comment:**
Stephen continued to show progress in his small & large muscle development. He needs to practice often this summer on letter formation on lined paper. He needs to become more responsible for his work and aware of his surroundings.

**AFFECTIVE DEVELOPMENT:** The affective area is related to the feelings and attitudes that the child has about himself and others, and how he relates to other people.

**Teacher Comment:**
Stephen continues to be one of the politest children I've ever met. He gets along well with his peers and enjoys sharing his experiences. He seemed to be more conscious of our daily learning experiences and tried harder. I enjoyed having him this year. Have a good summer.

TEACHER SIGNATURE: Katherine C. Hoopes

Parent/Guardian Copy
Form # 202

Promoted to First Grade

RECEIVED
OCT 30 2009
Disability Services

# WAKE COUNTY PU[illegible]C SCHOOLS

## Progress Report

## Grades 1 - 6

Stephen [illegible]

[illegible] GRADE 1

[illegible] 19[illegible]

Individual Instructional Level

[illegible] period the teacher will place a ✓ next to the [illegible]

### INDIVIDUAL GROWTH AND DEVELOPMENT

For each item below, the grade shows your child's progress in relation to his/her instructional level and performance as determined by teacher observation of work, work habits, and attitudes

Evaluation Codes:
A—Excellent
B—Good
C—Satisfactory
D—Minimal
F—Insufficient
N/A—Does not apply at this time

| [illegible] PERIOD | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| [illegible] | | | | |
| [illegible] | | [illegible] | B | B |
| [illegible] | | [illegible] | C | C |
| [illegible] | | ✓ | B | B |
| [illegible]ING | | C | [illegible] | [illegible] |
| [illegible]ATICS | | [illegible] | C | C |
| [illegible] STUDIES | | [illegible] | S | S |
| [illegible] HEALTH | | S | S | S |
| CONDUCT | | S | S | S |
| [illegible] | | | | |

Evaluation Codes:
Outstanding: ✓ Does Well — Needs Improvement

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| PHYSICAL EDUCATION | | ✓ | ✓ | ✓ |
| MUSIC | | ✓ | ✓ | ✓ |
| ART | | ✓ | ✓ | ✓ |
| WORK AND STUDY HABITS | | | | |
| Follows Directions | | | ✓ | ✓ |
| Completes Assignments | | — | ✓ | ✓ |
| Uses Time/Materials Wisely | | | ✓ | ✓ |
| Uses Library Skills | | | ✓ | ✓ |
| Works Independently | | ✓ | ✓ | ✓ |
| Participates in Discussions | | ✓ | ✓ | ✓ |
| ATTENDANCE RECORD | | | | |
| Days Absent | 4 | 3 | | 8 |
| Days Tardy | 1 | 3 | | |

GRADE PLACEMENT FOR NEXT YEAR 2

TEACHER COMMENTS

First

Second
Stephen is capable of doing the work. He needs to be [illegible] [illegible] [illegible] to finish all assignments.

Third

Fourth
Stephen has made some improvement in his work. He should practice his math and continue to read during the summer.

RECEIVED
OCT 3 0 2009
Disability Services

# WAKE COUNTY PUBLIC SCHOOL SYSTEM
## PROGRESS REPORT - GRADES 1 AND 2

**STUDENT** Stephen Cockburn  **SCHOOL** North Ridge Elementary
**TEACHER** Ms. B. Gentry  **SCHOOL YEAR** 1988-89  **GRADE** 2

PERFORMANCE CODE
C-COMMENDABLE
S-SATISFACTORY
N-MEETS MINIMUM
NA-NOT APPLICABLE

For each item below, the code indicates your child's progress in relation to his/her instructional level and performance as determined by teacher observation of work, skills, tests, and attitudes.

The X indicates the level of instruction at which your child is working. Grades are based on the individual skills and attitudes.

## CONDUCT / PERSONAL SOCIAL GROWTH

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Cooperates | | | S | |
| Demonstrates responsibility | | | S | |
| Shows respect and consideration for others | | C | C | |
| Works well in large groups | S | | S | S |
| Works well in small groups | S | S | S | C |
| Respects school and personal property | | | S | S |
| Observes school rules | S | | S | C |
| Demonstrates good sportsmanship | C | | S | S |

## WORK HABITS/STUDY SKILLS

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Is prepared/organized for daily activities | N | S | N | S |
| Completes class assignments | N | N | N | S |
| Uses time wisely | N | N | N | S |
| Completes homework assignments | S | S | S | S |
| Stays on task | N | N | N | S |
| Works with accuracy | S | S | S | S |
| Works neatly | N | S | N | S |
| Is attentive and listens carefully | S | S | S | S |
| Avoids unnecessary talking | S | S | S | S |
| Follows oral directions | S | S | S | S |
| Follows written directions | S | S | S | S |
| Works well independently | N | N | N | S |
| Participates in class activities | C | S | S | S |
| Exhibits effort/desire to learn | S | S | S | S |

## HANDWRITING

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Formation | S | S | S | S |
| Application | N | S | S | S |

**ART** | S | S | S | S
**MUSIC** | S | S | S | S
**MEDIA** | S | C | S | S
**PHYSICAL EDUCATION** | S | S | S | S
**FOREIGN LANGUAGE** | NA | NA | NA | NA
**COMPUTER** | NA | NA | S | S

## READING LEVEL (MARK ONE WITH X)
Exceeds expectations of grade level
Meets expectations of grade level — X X X X
Does not meet expectations of grade level

## READING PERFORMANCE

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Vocabulary | | | | |
| Word attack | | | | |
| Comprehension | | | | |
| Reads orally with expression | | S | S | |

## LANGUAGE LEVEL (MARK ONE WITH X)
Exceeds expectations of grade level
Meets expectations of grade level — X X X X
Does not meet expectations of grade level

## LANGUAGE PERFORMANCE

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Grammar | S | S | S | S |
| Written Expression | S | N | N | S |
| Verbal Expression | S | S | S | S |

## MATHEMATICS LEVEL (MARK ONE WITH X)
Exceeds expectations of grade level
Meets expectations of grade level — X X   X
Does not meet expectations of grade level —       X

## MATHEMATICS PERFORMANCE

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Masters basic math facts | S | S | N | S |
| Understands & applies concepts | S | S | N | S |
| Problem Solving | S | S | N | S |

## SPELLING

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Spells assigned words correctly | S | S | N | S |
| Spells correctly in daily work | S | S | S | S |

**SOCIAL STUDIES** | S | S | S | S
**SCIENCE/HEALTH** | S | S | S | S

## ATTENDANCE RECORD

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Days Absent | | | | |
| Days Tardy | | | | |

Conference (date) _____  Conference (date) _____

**TEACHER COMMENTS:**

Stephen is easily distracted in school and it is difficult to improve his work habits. Please continue to promote Stephen in the reading and math, though he is in an area in which Stephen is weak.

**SECOND:** Stephen continues to have difficulty getting his work completed. He frequently daydreams and gives little effort.

Stephen continues to daydream in class. He doesn't turn things in on time. His math work has been very poor this period. I'm very concerned about this continuing problem.

**FOURTH:** Stephen, have a wonderful trip this summer!

GRADE PLACEMENT NEXT YEAR 3

RECEIVED OCT 30 2009 Disability Services



Disability Services
RECEIVE

**WAKE COUNTY [illegible] PUBLIC SCHOOL SYSTEM**
**PROGRESS REPORT · GRADES 3 - 5**

STUDENT: Stephen Cockburn
TEACHER: Ka Bew
SCHOOL: North Ridge
SCHOOL YEAR 19 89 - 90 GRADE 3

FOR EACH ITEM BELOW, THE GRADE SHOWS YOUR CHILD'S PROGRESS IN RELATION TO HIS/HER INSTRUCTIONAL LEVEL AND PERFORMANCE AS DETERMINED BY TEACHER OBSERVATION OF WORK, WORK HABITS, AND ATTITUDES.

**PERFORMANCE CODE**
C-COMMENDABLE
S-SATISFACTORY
N-NEEDS IMPROVEMENT
N/A-DOES NOT APPLY AT THIS TIME

**EVALUATION CODE**
O-OUTSTANDING
G-GOOD
S-SATISFACTORY
D-HAVING DIFFICULTY
U-UNSATISFACTORY
N/A- DOES NOT APPLY AT THIS TIME

| REPORT PERIOD | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| [illegible] | C | C | C | B |
| [illegible] | B | B | B | C |
| [illegible] | B | C | C | C |
| Mathematics | [illegible] | C | C | C |
| Social Studies | [illegible] | B | C | C |
| [illegible] | B | B | C | B |
| Health | N/A | N/A | N/A | C |

**INDIVIDUAL INSTRUCTIONAL LEVEL = ✓**

| READING | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Gr. 1 First Reader | | | | |
| Gr. 1 Second Reader | | | | |
| Gr. 2 First Reader | | | | |
| Gr. 2 Second Reader | | | | |
| Gr. 3 First Reader | ✓ | ✓ | | |
| Gr. 3 Second Reader | | | ✓ | ✓ |
| Gr. 4 | | | | |
| Gr. 5 | | | | |
| Gr. 6 | | | | |
| SUCCESS | | | | |

| MATHEMATICS | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Grade 1 | | | | |
| Grade 2 | | | | |
| Grade 3 | ✓ | ✓ | ✓ | ✓ |
| Grade 4 | | | | |
| Grade 5 | | | | |
| Grade 6 | | | | |

| SKILLS | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| READING | | | | |
| Independent Reading | N | S | S | N |
| Word Attack | N | S | S | S |
| Comprehension | N | S | S | N |
| Vocabulary | N | S | S | S |
| MATHEMATICS | | | | |
| Number Facts | S | N | N | N |
| Problem Solving | N | N | N | N |
| Accuracy | S | S | S | S |
| Computation | S | S | S | S |
| Concepts | N | N | N | N |
| HANDWRITING | S | N | N | N |
| PHYSICAL EDUCATION | S | S | S | S |
| MUSIC | S | S | S | S |
| ART | S | S | S | S |
| MEDIA | S | S | S | S |
| DANCE/DRAMA | N/A | N/A | N/A | N/A |
| FOREIGN LANGUAGE | N/A | N/A | N/A | N/A |
| COMPUTER | N/A | N/A | N/A | N/A |

| CONDUCT | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| PERSONAL/SOCIAL GROWTH | | | | |
| Demonstrates responsible behavior | S | S | S | S |
| Shows respect and consideration for others | S | S | S | S |
| Observes school and class rules | S | S | S | S |
| WORK STUDY/HABITS | | | | |
| Is prepared/organized for daily activities | N | N | N | S |
| Completes assignments on time | N | N | N | S |
| Uses time wisely/stays on task | N | N | N | S |
| Works neatly | S | N | S | S |
| Is attentive and listens carefully | N | N | N | N |
| Follows directions | N | N | N | N |
| Proofreads work | N | N | N | N |
| Exhibits effort/desire to learn | N | N | N | S |
| Works well independently/seeks help when needed | N | S | S | S |

| ATTENDANCE RECORD | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Days Absent | 3 | 6 | 7 | 0 |
| Days Tardy | 2 | 6 | 7 | 4 |

**TEACHER COMMENTS**

FIRST: [illegible]

SECOND: Stephen is progressively moving. He needs to stay on task so that completion of assignments will be faster. Continue to let him read aloud, answer questions, drill [illegible] on facts and spelling. [illegible] Christmas [illegible]

THIRD: Stephen must make the decision to apply himself and do what he is capable of doing in the different academic areas. Let's encourage him to strive for the best grades he can this last grading period.

FOURTH: Please continue to work with Stephen through the summer on areas needed to the night. Also let him read for details. Have a good summer. ☺

GRADE PLACEMENT FOR NEXT YEAR 4

Disability Servic[e]

RECEI[VED]

**WAKE COUNTY PU[BLIC] SCHOOL SYSTEM**
**PROGRESS RE[PORT] - GRADES 3-6**

STUDENT [redacted]
TEACHER [redacted]
SCHOOL [redacted]
SCHOOL YEAR 19 91 - 92 GRADE 5

FOR EACH ITEM BELOW, THE GRADE SHOWS YOUR CHILD'S PROGRESS IN RELATION TO HIS/HER INSTRUCTIONAL LEVEL AND PERFORMANCE AS DETERMINED BY TEACHER OBSERVATION OF WORK, WORK HABITS, AND ATTITUDES.

**PERFORMANCE CODE**

C-COMMENDABLE
S-SATISFACTORY
N-NEEDS IMPROVEMENT
NA-DOES NOT APPLY AT THIS TIME

EVALUATION CODE

O-OUTSTANDING
G-GOOD
S-SATISFACTORY
[illegible]

| REPORT PERIOD | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Reading | [illegible] | [illegible] | [illegible] | [illegible] |
| Language | [illegible] | [illegible] | [illegible] | [illegible] |
| Spelling | [illegible] | [illegible] | [illegible] | [illegible] |
| Mathematics | [illegible] | [illegible] | [illegible] | [illegible] |
| Social Studies | [illegible] | [illegible] | [illegible] | [illegible] |
| Science | [illegible] | [illegible] | [illegible] | [illegible] |
| Health | [illegible] | [illegible] | [illegible] | [illegible] |

INDIVIDUAL INSTRUCTIONAL LEVEL = ✓

| READING | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Gr. 1 First Reader | | | | |
| Gr. 1 Second Reader | | | | |
| Gr. 2 First Reader | | | | |
| Gr. 2 Second Reader | | | | |
| Gr. 3 First Reader | | | | |
| Gr. 3 Second Reader | | | | |
| Gr. 4 | | | | |
| Gr. 5 | ✓ | ✓ | ✓ | ✓ |
| Gr. 6 | | | | |
| SUCCESS | | | | |

| MATHEMATICS | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Grade 1 | | | | |
| Grade 2 | | | | |
| Grade 3 | | | | |
| Grade 4 | | | | |
| Grade 5 | ✓ | ✓ | ✓ | ✓ |
| Grade 6 | | | | |

| SKILLS | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| READING | | | | |
| Independent Reading | S | S | S | S |
| Work Attack | [illegible] | S | S | S |
| Comprehension | S | S | S | C |
| Vocabulary | S | S | S | S |
| MATHEMATICS | | | | |
| Number Facts | S | S | S | S |
| Problem Solving | [illegible] | S | [illegible] | S |
| Accuracy | [illegible] | S | [illegible] | S |
| Computation | S | S | S | S |
| Concepts | S | S | S | S |
| HANDWRITING | S | S | S | S |
| PHYSICAL EDUCATION | S | S | [illegible] | S |
| MUSIC | [illegible] | C | C | C |
| ART | S | S | [illegible] | [illegible] |
| MEDIA | S | S | S | S |
| DANCE/DRAMA | S | C | S | C |
| FOREIGN LANGUAGE | NA | [illegible] | [illegible] | [illegible] |
| COMPUTER | NA | [illegible] | [illegible] | [illegible] |
| CONDUCT | | | | |
| PERSONAL/SOCIAL GROWTH | | | | |
| Demonstrates responsible behavior | S | S | S | S |
| Shows respect and consideration for others | S | S | S | S |
| Observes school and class rules | S | S | S | S |
| WORK STUDY/HABITS | | | | |
| Is prepared/organized for daily activities | S | S | C | S |
| Completes assignments on time | S | S | S | S |
| Uses time wisely/stays on task | N | N | S | S |
| Works neatly | S | S | [illegible] | S |
| Is attentive and listens carefully | N | S | [illegible] | S |
| Follows directions | S | S | [illegible] | S |
| Proofreads work | [illegible] | S | [illegible] | S |
| Exhibits effort/desire to learn | S | C | S | C |
| Works independently/seeks help when needed | [illegible] | N | S | S |

| ATTENDANCE RECORD | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Days Absent | [illegible] | 0 | 3 | [illegible] |
| Days Tardy | [illegible] | 0 | 0 | [illegible] |

**TEACHER COMMENTS**

FIRST: I must tell you [illegible] in [illegible] pending in the [illegible] is a [illegible] lately [illegible] better [illegible] Stephen [illegible] for [illegible] around [illegible] are [illegible] "bandys" [illegible] I hope this [illegible] this [illegible] at home [illegible] her he is still quite [illegible] about his school preparations. There are days when [illegible] his notebooks have [illegible] for home but the tests [illegible] assignments are up of his desk. [illegible] is al- [illegible] attached with items to [illegible] place [illegible] have very high hopes [illegible] can take care of this problem. He is very talented!

THIRD: Stephen's grades have improved this nine weeks. He is still not bringing home his academic work folder and so I am certain you are not clear about much of the work. I do not receive the required correspondence forms returned from home- just "excuses- and lots of them! I find it difficult to believe that as much as he wants to be successful, that his books and papers are left each day everywhere. Stephen has much to gain if he develops some "inner discipline" of his own.

FOURTH: I depend on hearing much about your academic and musical future. Keep up the fine work. Mrs. Catenis and I are really noticing a fine improvement. Come by to see me!

Mrs. Byrne

GRADE PLACEMENT FOR NEXT YEAR 6

Wake County Public School System

PAGE: 3/5
RE 1.HCA

## FOCUS OF CONCERN/SCREENING

Student: Stephen Cockburn  School: West Millbrook
Sex: M  Race: B  Grade: 6   Parent/Guardian: Sylvia Cockburn
Date of Birth: ___  Age: 11   Address: 7209 Foxfarm Pl. 27613

I.D. # (optional): 124789  Telephone: 876-9721

I. **Parent Conference/Contact Record**
A. First Contact/Attempt   Date: 10/5/92
School Person Making Contact: Jayne Walker
Type of Contact: ✓ School Conference ___ Letter/Note ___ Home Visit ___ Phone Call
Other: ___
Purpose: To discuss with mom Stephen's lack of progress and to offer suggestions on ways to improve.
Comments on Conference: The mom felt she could take care of the problem.

B. Second Contact/Attempt   Date: 12/15/92
School Person Making Contact: ___
Type of Contact: ✓ School Conference ___ Letter/Note ___ Home Visit ___ Phone Call
Other: ___
Purpose: To discuss with dad Stephen's lack of follow-through following the conference with mom.
Comments on Conference: The homework sheet was going to be enforced (according to the parent).

*several more conferences have taken place*

II. Parental Notification of Screening Procedures Form (RE2) Sent
Notice Sent by: Jayne Walker   Date: 1/20/93

III. **Classroom Observation**
Observer: D. Morgan  Position: Teacher/Assistance Team   Date: 1/1/93
A. Subject Observed               B. Learning Situation
___ Language Arts  ___ Social Studies   ___ One-to-One   ___ Small Group
___ Music          ___ Science          ✓ Class          ___ Independent
___ Free Time      ✓ P.E./Health
___ Art            ___ Math
✓ Other: Health Class

C. Student Behaviors
___ Attentive                    ___ Difficulty copying from board        ✓ Neat appearance
___ Sits quietly                 ✓ Careless, doesn't complete tasks       ___ Demands excessive attention
___ Talks out of turn            ___ Constantly out of seat               ___ Perseverates (repetitive behavior)
✓ Easily distracted              ✓ Contributes to class discussion        ✓ Daydreams
___ Overactive, restless         ✓ Short attention span                   ___ Tries to control others
___ Talks excessively            ___ Friendly                             ___ Avoids groups
___ Immature behavior            ___ Displays leadership ability          ___ Cooperative
___ Withdrawn                    ___ Easily frustrated                    ___ Does not follow directions
___ Works well independently     ___ Aggressive toward children           ___ Unusual language
___ Disruptive                   ___ Obscene language                     ___ Speech problem
✓ Trouble finding place                                                    ___ Other: ___
✓ Disorganized work habits
___ Avoids eye contact

Additional Comments (if any): Stephen was easily distracted ___ class ___ not having the assignment ___ but he did try to complete it ___ class did the assignment.

White Copy: Confidential File

RECEIVED
OCT 30 2009
Disability Services

Page 2 of 4
RE 1(a)/HCA

Student: Stephen Cockburn

IV. **Screening Committee Data Collection**
   A. **Records Review - School History**
   1. Attendance Pattern (indicate where problems occurred):

   | Grade | 3 | 4 | 5 |
   |---|---|---|---|
   | Absences | 15 | 5 | 16 |
   | Days Enrolled | 180 | 180 | 180 |
   | Tardies | 14 | | 9 |

   2. Past and Current Subject Marks (three most recent, if appropriate):

   | Year | Grade | | Lang. | MATH | Science | Se. St. |
   |---|---|---|---|---|---|---|
   | 89-90 | 3 | Subject | | | | |
   | | | Mark | C | C | B | C |
   | 90-91 | 4 | Subject | | | | |
   | | | Mark | C | C | B | C |
   | 91-92 | 5 | Subject | | | | |
   | | | Mark | A | B | B | B |

   3. Results of Previous Testing:
   a. Instrument Used: OLS
      Date: 2/6/89
      Results: SAI .93
   b. Instrument Used: OLS
      Date: 3/92
      Results: 86

   c. Group Standardized Test Scores (record percentile scores)
      Name of Test: CAT

   | Subject | Year 90 | Year 91 | Year 92 |
   |---|---|---|---|
   | Reading | 60 | 48 | 69 |
   | Language | 73 | 42 | 43 |
   | Math | 67 | 39 | 61 |
   | Total Battery | 66 | 42 | 57 |
   | Other | | | |

   B. **General Medical - Health Screening**
   1. Describe any serious illness or accident since birth: NONE    Date ____    Hospitalized Yes No / Yes No
   2. Other Relevant Health Information:
   3. Visual Acuity  Far (Pass)/Fail    Date __/__/__    Near  Pass / Fail
   4. Hearing  (Pass)/Fail    Date __/__/__

   C. **Social Functioning and Environmental and Cultural Status**
   _____ Information concerning the social, environmental and cultural status of this student (check) has been reviewed.
   Comments: _____

White Copy: Confidential File    1001    RECEIVED  OCT 30 2009  Disability Services

Page 3 of 4
RE 11(b)/HCA

Student: Stephen Cockburn

V. Intervention Strategies
Area(s) of Concern: lack of organization - lack of focused attention

| | Intervention | Dates Begin/End | | Results/Check | | | |
|---|---|---|---|---|---|---|---|
| | | Beginning | Ending | No Change | Erratic | Improvements | Success |
| 1. | Basic/Attention | 9/1/92 | ongoing | ✓ | | | |
| 2. | Modified Attention | 12/15/92 | 1/25/93 | | ✓ | | |
| 3. | Modified Environment | 10/5/92 | ongoing | ✓ | | | |
| 4. | Counseling, Support Group | | | | | | |
| 5. | Behavioral Contract Point System, Charting | | | | | | |
| 6. | Parent Follow-Up | | | | | | |
| 7. | Time-Out | | | | | | |
| 8. | Detention | | | | | | |
| 9. | Specialized Instructional Equipment | | | | | ✓ | |
| 10. | Peer Tutor | 9/1/92 | ongoing | | | ✓ | |
| 11. | Chapter 1, Other Support (Volunteer) | | | | | | |
| 12. | Public/Private Agency | | | | | | |
| 13. | Community Resources | | | | | | |
| 14. | Change in Schedule | | | | | | |
| 15. | Change in Curriculum | 12/15/92 | 1/20/93 | | ✓ | | |
| 16. | Change in Teacher | | | | | | |
| 17. | Other(s) Specify: | | | | | | |
| 18. | Other(s) Specify: | | | | | | |

Attach documentation of strategies, anecdotal records, notes/discussion from Assistance Team, etc.

Signature of Person(s) Using Strategies: Jayne Walsh    Date: 1/21/93

VI. After the use of the above intervention strategies (check) Will appear to interfere consistently and significantly with the learning process? Yes / No

If yes, indicate the degree of intensity of the following:
Duration of behavior: [illegible handwriting]
Frequency of behavior: [illegible handwriting]
Intensity of behavior: [illegible handwriting]

[Handwritten margin notes: IDEA, 5, RTI - ↓]

White Copy: Confidential File

RECEIVED
OCT 30 2009
Disability Services

Page 4 of 6

Student __Stephen Cockburn__   RE 1 (C)/HCA

VII. Based on information gathered during the screening process, it is the decision of this committee to:

A. **First Meeting**

1. ____ Refer to School-Based Committee for evaluation
2. ____ Continue regular education program with new strategies for ____ weeks.
3. ____ Continue regular education program with strategies proved effective during screening.

Comments (if any) __Conference with parents (Mrs. Miller + Mrs. Hicks) - Suggest that parents may wish to pursue family counseling.__

Committee Members' Signatures - Positions

_Anni Williams_ counselor  _Dari Morgan_ Asst. Prin.
_Joyce Walker_ - teacher
_Jennie High_ - Asst Team Chair

Date _3 / 25 / 93_

B. **Second Meeting (only needed if A(2) is checked above)**

1. ____ Refer to School-Based Committee for evaluation
2. ____ Continue regular education program with strategies proved effective during screening.

Comments (if any) _____

Committee Members' Signatures - Positions

_Joyce Walker_ - teacher

Date _____

White Copy: Confidential File    10/91

RECEIVED
OCT 30 2009
Disability Services

**AUDIOLOGY REFERRAL**

6-93 REASON FOR REFERRAL: _X_ Difficulty Hearing in class
Failed screening prior to SBC referral
___ Failed mass screening

Stephen Cockburn  DOB _____ AGE 11 RACE B
NAME Josh + Joan Cockburn  PHONE 876-7721 (H) _____ (W)
7209 Fontana Pl  Raleigh NC 27615
West Millbrook Middle  GRADE 6  TEACHER Walker - homeroom
LA.

CURRENTLY RECEIVING: (Circle)

BEH EMH TMH LD VI SI Other_____  LEVEL: RC PT PT
Services: OT PT SPEECH AUD

Background Information
_ Has had meningitis or other illness with high fever. Specify illness. _____
_ Other relatives have hearing loss(es).
_ Has had past problems with ear infections. If so, estimate the number ear infections per year ____.
_ Has had one (1) or more sets of tubes in ears.
_ Has been seen by an Ear Specialist. Results_____

_ Has problems with allergies (hay fever, respiratory problems). If so, how are these treated? _on Whistis_

_ When do allergies appear to be worse?_____
_ Has had an accident involving head or neck (fall, blow to _, car accident.
_ Has other health problems. Explain:_____

Present Time
_ Child currently is having ear problems.
_ Child currently is taking medication. If so, please give name_____
_ Child has tubes.
_ Name of Ear Specialist_____
_ Child appears to have difficulty hearing at home._____

Comments:_____

Sign below for your child to receive a hearing evaluation by the Audiologist.

YES, I give my consent for an individualized hearing evaluation to be given to my child.

NO, I do not give my consent for an individualized hearing evaluation.

_Gwenlyn G. Cockburn_  1/26/93
SIGNATURE  DATE

OCT 30 2009
Disability Services

1(d)

Student: Stephen Cockburn

**LANGUAGE ARTS**
- Passing Tests? yes
- Passing Quizzes? no
- Completing Classwork? no
- Completing Homework? no
- Comments? (Behavior) often seems to be off-task, unprepared, and daydreaming

**MATH**
- Passing Tests? only a few
- Passing Quizzes? only a few
- Completing Classwork? no — assignments are sometimes the wrong assignment
- Completing Homework? no
- Comments? (Behavior) off-task, not prepared

**SCIENCE**
- Passing Tests? a few — he either really does well or
- Passing Quizzes? no — doesn't do well at all
- Completing Classwork? no — misplaces assignments, does not put name on paper
- Completing Homework?
- Comments? (Behavior) not on task, daydreams, not prepared. Seems lost or confused, seems sick or like he doesn't feel well.

**SOCIAL STUDIES**
- Passing Tests? rarely — only 1 or 2 a quarter
- Passing Quizzes?
- Completing Classwork? no — Many times assignment may be completed but done in an incorrect manner.
- Completing Homework? no
- Comments? (Behavior) not on task, "Daydreams"

**HEALTH**
- Passing Tests? no
- Passing Quizzes? no
- Completing Classwork? I have to stay on him and ask
- Completing Homework? for it many times
- Comments? (Behavior) not on task, wants to pay attention to other people

Reason for referral: Stephen isn't meeting success with his work. He seems to be much more capable than his performance shows. He has a very difficult time organizing his work and thoughts.

DATE
NAME
PARENT
ADDRESS
SCHOOL
SERVICES
TYPE: B
Related
I. Back

II. Present
Chil
Chil
Chil
Chil

Other Comments

Please sign bel
School Audiolog
✓ YES, evalu
NO, I hearing

AUD-4
RECEIVED
OCT 30 2009
Disability Services

REPORT CARD
form no. 10953

PAGE 1
318 740

COCKBURN, STEPHEN HARRIS | 1247881 | 06 | West Millbrook MS 920-608

| | DAYS ABSENT | TIME TARDY |
|---|---|---|
| PORT PERIOD 4 | 7.0 | 1 |
| SEMESTER 2 | 8.0 | 5 |
| CURRENT YEAR | 17.0 | |

| Course | | | Avg | | Avg | | Avg | | Avg |
|---|---|---|---|---|---|---|---|---|---|
| F802 05 CPU/KEYB EX6 CRUTCHFIELD CLASSROOM CONDUCT IS ABOVE AVERAGE | QUARTER SEMESTER FINAL | B | 3 | C B B | 6 9 | | | | |
| 0613 12 LA 6 WALKER CLASSROOM CONDUCT IS ABOVE AVERAGE | QUARTER SEMESTER FINAL | D | | | | D | | D | |
| 0623 13 MATH 6 BILL CLASSROOM CONDUCT IS AVERAGE | QUARTER SEMESTER FINAL | D | 1 | D D | 4 5 | F | 7 | D D D | 0 7 |
| 0633 13 SOC STU 6 BILL CLASSROOM CONDUCT IS AVERAGE | QUARTER SEMESTER FINAL | C | 1 | D D | 5 | D | 7 | D D D | |
| 0643 12 SCIENCE 6 LINEBACK/HENSON CLASSROOM CONDUCT IS ABOVE AVERAGE | QUARTER SEMESTER FINAL | D | 3 | D D | 4 7 | D | 5 | F D D | 4 9 |
| 0677 14 PHYS ED 6 (Y) DINGLE CLASSROOM CONDUCT IS AVERAGE | QUARTER SEMESTER FINAL | D | 0 | C C | | D | | D | |
| 0793 65 ADVISR/ADVSE HENSON CLASSROOM CONDUCT IS EXCELLENT | QUARTER SEMESTER FINAL | | 0 | | 0 0 | | 0 | P | 0 0 |
| 0683 11 GEN MUSIC 6 EDWARDS CLASSROOM CONDUCT IS EXCELLENT | QUARTER SEMESTER FINAL | | | | | A A | | | |

STEPHEN HARRIS COCKBURN
7205 FONTANA PL
RALEIGH, NC 27615

WAKE COUNTY PUBLIC SCHOOL SYSTEM
RECEIVED OCT 30 2009

...continued

Disability Services







