UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN HARRISON COCKBURN, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No. 10-1407-JS |
| v. | : | |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : | |
| | | |
| Defendant. | | |

## DECLARATION OF CAROLINE MEW

I, Caroline Mew, hereby state as follows:

1. My name is Caroline Mew. I am more than twenty-one (21) years of age and, unless indicated otherwise, I have personal knowledge of the facts stated below.

2. I am employed by Fulbright & Jaworski L.L.P. I am an attorney of record in this case.

3. Attached hereto at Ex. 1 is a true and correct copy of records for Stephen Cockburn received from Wake County Public Schools in response to a subpoena in this case.

4. Attached hereto at Ex. 2 is a true and correct copy of an AMCAS Summary Application Report – 2007 Entering Class for Stephen Cockburn, received from Howard University in response to a subpoena in this case.

5. Attached hereto at Ex. 3 is a true and correct copy of an Interviewed Applicant Supplemental Information Form, College of Medicine, Howard University, for Stephen Cockburn, received from Howard University in response to a subpoena in this case.

6. Attached hereto at Ex. 4 is a true and correct copy of an undated letter from Brian P. Hogan, Ph.D., received from Howard University in response to a subpoena in this case.

90351756.1

7. Attached hereto at Ex. 5 is a true and correct copy of an email from John Myers to James Fuller dated September 8, 2005, received from North Carolina Central University in response to a subpoena in this case.

8. Attached hereto at Ex. 6 is a true and correct copy of Plaintiff's Answers to Defendant's First Set of Interrogatories in this case.

9. Attached hereto at Ex. 7 is a true and correct copy of excerpts from the transcript of the deposition of Stephen H. Cockburn, taken on December 14, 2010.

10. Attached hereto at Ex. 8 is a true and correct copy of excerpts from the transcript of the deposition of Vincent P. Culotta, Ph.D., taken on December 14, 2010.

11. Attached hereto at Ex. 9 is a true and correct copy of the Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition, Text Revision ("DSM-IV") diagnostic criteria for Reading Disorder (315.00).

12. Attached hereto at Ex. 10 is a true and correct copy of the DSM-IV diagnostic criteria for Attention-Deficit/Hyperactivity Disorder (ADHD)-Predominantly Inattentive Type (314.00).

13. Attached hereto at Ex. 11 is a true and correct copy of Vincent P. Culotta, Ph.D. and Sarah Weden, Psy.D, "Testing, Testing, Testing," HyperT, Volume 7 Issue 1 (Spring 2003).

14. Dates of birth and social security numbers have been redacted from the attached documents.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on February 4th, 2011.

_____
Caroline Mew

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document and all exhibits thereto have been filed electronically and are available for viewing and downloading from the ECF system. Counsel of record for plaintiff were served through the Court's electronic case filing system.

                                                                ___/s/ Robert A. Burgoyne_____