# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEPHEN HARRISON COCKBURN,  :
                                           :
        v.                            :          CIVIL ACTION No. 10-1407-JS
                                             :
NATIONAL BOARD OF MEDICAL     :
EXAMINERS.

## DECLARATION OF CAROLINE MEW

## EXHIBITS 1-5

# EXHIBIT 1

## DECLARATION OF AUTHENTICITY

I (name) _Teresa Hunt_, hereby declare that I am the (title) _Office Records Mgr_ for Wake County Public Schools ("WCPS"), and that, in that position, I am qualified to make the declarations contained herein.

1. WCPS has produced copies of the following records (the "Records") in response to a third-party Subpoena that WCPS received in connection with the lawsuit captioned *Cockburn v. National Board of Medical Examiners*, No. 2:10-cv-01407 (E.D. Pa.):

   _All records archived for Stephen Harrison Cockburn_

2. The Records have been numbered WCPS 001-WCPS _025_.

3. The copies of the Records that WCPS has produced in response to the Subpoena constitute full, true and correct copies of those Records.

4. The Records were made in the regular course of WCPS's business activities at or near the time of the occurrences referenced in the Records by a person with knowledge or based upon information transmitted by persons knowledgeable of those matters.

5. The Records are kept in the course of WCPS's regularly conducted business activities.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on _Sept 29, 2010_, 2010.

   _Teresa Hunt_
   (signed)   Records Manager

   _Teresa Hunt_
   (printed name)

90186840.1

**CONFIDENTIAL**

Name: _Cockburn_, _Stephen_ _Harrison_   I.D. Number: _1247881_
LAST    FIRST    MIDDLE    NICKNAME

Sex: M   Race:  ☐ American Indian   ☒ Black   ☐ Asian   Birthdate
                ☐ Spanish Surnamed   ☐ Caucasian         Mo/

**INDIVIDUAL PUPIL RECORD**
**WAKE COUNTY PUBLIC SCHOOL SYSTEM**

Enter labels or scores chronologically as tests are administered. Include date of administration, grade, test level, and form.

**PSYCHOLOGICAL EVALUATION**
**(Report Filed Separately)**

| Date | Date | Date | Date |
|------|------|------|------|
|      |      |      |      |

OTIS LENNON 1992

| Name | COCKBURN STEP | TEST | FM | LEVEL | Gr Sex | Birth Date | Test Date |
|------|---------------|------|----|-------|--------|-----------|-----------|
| D # | 1247881 | RS | 14 13 26 | | | PA 27 17 19 | |
| Teacher | BYRNE | SS | 583 570 576 | | | SA 4 3 3 | |
| Building | H.RIDGE | SI | 90 85 86 | | | PG 24 16 17 | |
| | | | | | | SG 4 3 3 | |

Student STEPHEN H COCKBURN   Sch. Code 920608
School WEST MILLBROOK   Soc. Sec. No.
Date Spring 1993   Grade: 6   LEP: NO

2nd of grade

| Subject | Score | Percentile |  | Subject | Score | Percentile |
|---------|-------|-----------|--|---------|-------|-----------|
| Reading | 150 | 39 | | Social Studies | 28 | 18 |
| Mathematics | 150 | 30 | | Science | 34 | 34 |

Student STEPHEN H COCKBURN
School WEST MILLBROOK
Date Spring 1995   Grade: 8   LEP: NO

Soc. Sec. No.
School Code 920608

3rd grade testing

| Subject | Score | Percentile | Competency | Subject | Score | Percentile |
|---------|-------|-----------|-----------|---------|-------|-----------|
| Reading | 164 | 70 | PASS | Social Studies | 58 | 75 |
| Mathematics | 165 | 40 | PASS | | | |

Student STEPHEN S H COCKBURN   Sch. Code 920608
School WEST MILLBROOK   Soc. Sec. No.
Date: Spring 1994   Grade: 7   LEP: NO

2nd of grade testing

| Subject | Score | Percentile |  | Subject | Score | Percentile |
|---------|-------|-----------|--|---------|-------|-----------|
| Reading | 162 | 69 | | Social Studies | 55 | 64 |
| Mathematics | 162 | 45 | | Science | N/A | N/A |



```
              West Millbrook MS 920-600
                8115 STRICKLAND RD
                   RALEIGH, NC
                      2-
                    870405u
```

NC PUBLIC HIGH SCHOOL STANDARDIZED TRANSCRIPT

**06 05 95**                                                          Page 1

STUDENT INFORMATION
Name:    COCKBURN STEPHEN HARRIS
Address: 7209 FONTANA PL
         RALEIGH, NC 27615          Student ID:
         (919) 876-7721             Student No: 1247001
                                    Birthdate:
                                    Gender:    Male
                                    Course
Contact: JOSH JOAN COCKBURN         of Study:  *** UNKNOWN ***
                                    Graduation: Undefined

SCHOOL INFORMATION
Contact:                            School ID:        920600
                                    Grades:
                                    Accreditation:    -
L.E.A.:  WAKE COUNTY                College Board Code:
         8501600                    NC Grading Standard: 1994/95

| Course | Mark | Quality Points Weighted | Quality Points Unweighted | Credits Earned | Prev School | Flags |
|---|---|---|---|---|---|---|

**Grade: 06  1992/93**

| Course | Mark | Weighted | Unweighted | Earned | | Flags |
|---|---|---|---|---|---|---|
| 079006Y PHYS ED 6(Y) | C | 0.00 | 0.00 | 0.00 | | EN |
| 101006Y LA 6 | C | 0.00 | 0.00 | 0.00 | | EN |
| 104126Y EXP FRENCH | B | 0.00 | 0.00 | 0.00 | | EN |
| 200126Y MATH   6 | D | 0.00 | 0.00 | 0.00 | | EN |
| 300126Y SCIENCE   6 | D | 0.00 | 0.00 | 0.00 | | EN |
| 400126Y SOC STU  6 | D | 0.00 | 0.00 | 0.00 | | EN |
| 65112YS CRW/KEYB EX6 | B | 0.00 | 0.00 | 0.00 | | EN |
| 95202YY ADVISR/ADVSE | P | 0.00 | 0.00 | 0.00 | | EN |

**Grade: 07  1993/94**

| Course | Mark | Weighted | Unweighted | Earned | | Flags |
|---|---|---|---|---|---|---|
| 079027Y PHYS ED 7(Y) | B | 0.00 | 0.00 | 0.00 | | EN |
| 101027Y LA 7 | C | 0.00 | 0.00 | 0.00 | | EN |
| 200127S RED CONSTR 7 | C | 0.00 | 0.00 | 0.00 | | EN |
| 200127Y MATH    7 | C | 0.00 | 0.00 | 0.00 | | EN |
| 300127Y SCI 7 | C | 0.00 | 0.00 | 0.00 | | EN |
| 305002YS COM SENS CHE | B | 0.00 | 0.00 | 0.00 | | EN |
| 400127Y SOC STU 7 | D | 0.00 | 0.00 | 0.00 | | EN |
| 501327Y BEG BAND  7 | B | 0.00 | 0.00 | 0.00 | | EN |

**Grade: 08  1994/95**

| Course | Mark | Weighted | Unweighted | Earned | | Flags |
|---|---|---|---|---|---|---|
| 079018Y HLTH LIV 8 | C | 0.00 | 0.00 | 0.00 | | EN |
| 101008Y LANG ARTS 8 | C | 0.00 | 0.00 | 0.00 | | EN |
| 200128Y MATH 8 | C | 0.00 | 0.00 | 0.00 | | EN |
| 206327S INT ALG A S | C | 0.00 | 0.00 | 2.00 | | EN |
| 300128Y FAST 3 (8) | C | 0.00 | 0.00 | 0.00 | | EN |
| 305027S MICROBIOLSYS | B | 0.00 | 0.00 | 0.00 | | EN |
| 400128Y SOCIAL ST 8 | C | 0.00 | 0.00 | 0.00 | | EN |
| 501427Y INTER BAND | B | 0.00 | 0.00 | 0.00 | | EN |
| 95202YY A/A | P | 0.00 | 0.00 | 0.00 | | EN |

UNIVERSITY OF NORTH CAROLINA BOARD OF GOVERNORS
MINIMUM ADMISSION REQUIREMENTS REMAINING

| | |
|---|---|
| English I | English II |
| English III | English IV |
| Algebra I | Algebra II |
| Geometry/Other Advanced Math | Life/Biological Science |
| Physical Science | Science Laboratory |
| US History | Other Social Studies |

Continued...

5



# WAKE COUNTY PUBLIC SCHOOL SYSTEM
## PROGRESS REPORT · GRADES 3 - 6

**PERFORMANCE CODE**

C-COMMENDABLE
S-SATISFACTORY
N-NEEDS IMPROVEMENT
N/A-DOES NOT APPLY AT THIS TIME

STUDENT _____
TEACHER _____
SCHOOL  North Ridge Elementary
SCHOOL YEAR 19 91 - 92  GRADE 5

FOR EACH ITEM BELOW, THE GRADE SHOWS YOUR CHILD'S
PROGRESS IN RELATION TO HIS/HER INSTRUCTIONAL LEVEL
AND PERFORMANCE AS DETERMINED BY TEACHER
OBSERVATION OF WORK, WORK HABITS, AND ATTITUDES.

**EVALUATION CODE**

C-SATISFACTORY
B-GOOD
A-OUTSTANDING

D-HAVING DIFFICULTY
U-UNSATISFACTORY
N/A-DOES NOT APPLY
AT THIS TIME

| REPORT PERIOD | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Reading | | B | | |
| Language | | | | |
| Spelling | | | | |
| Mathematics | | | | |
| Social Studies | | | | |
| Science | | | | |
| Health | | | | |

## INDIVIDUAL INSTRUCTIONAL LEVEL = ✓

| READING | 1 | 2 | 3 | 4 |  | MATHEMATICS | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|---|---|
| Gr. 1 First Reader | | | | | | Grade 1 | | | | |
| Gr. 1 Second Reader | | | | | | Grade 2 | | | | |
| Gr. 2 First Reader | | | | | | Grade 3 | | | | |
| Gr. 2 Second Reader | | | | | | Grade 4 | | | | |
| Gr. 3 First Reader | | | | | | Grade 5 | | | | |
| Gr. 3 Second Reader | | | | | | Grade 6 | | | | |
| Gr. 4 | | | | | | | | | | |
| Gr. 5 | | | | | | | | | | |
| Gr. 6 | | | | | | | | | | |
| SUCCESS | | | | | | | | | | |

## TEACHER COMMENTS

FIRST:

SECOND:

THIRD: Stephen's grades have improved this nine weeks. He is still not bringing home his reading work folder and so I am certain yo are not clear about much of the correspondence forms returned.

FOURTH: Stephen has made so much improvement, books and papers are left each day everywhere. Stephen is much to gain if he develops some "inner discipline" of his own. I depend on hearing much about /your academic goals for Stephen. Keep up the fine work.

**SKILLS**

| SKILLS | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **READING** | | | | |
| **CONDUCT** | | | | |
| **PERSONAL/SOCIAL GROWTH** | | | | |
| Demonstrates responsible behavior | | | S | S |
| Shows respect and consideration for others | | | S | S |
| **WORK STUDY/HABITS** | | | | |
| Observes school and class rules | | | S | S |
| Is prepared/organized for daily activities | | | S | S |
| Completes assignments on time | | | S | S |
| Uses time wisely/stays on task | | | N | N |
| Works neatly | | | N | N |
| Is attentive and listens carefully | | | S | S |
| Follows directions | | | S | S |
| Proofreads work | | | N | N |
| Exhibits effort/desire to learn | | | S | S |
| Works independently | | | S | S |
| Seeks help when needed | | | S | S |
| **MATHEMATICS** | | | | |
| Number Facts | | | | |
| Problem Solving | | | | |
| Concepts | | | | |
| Accuracy | | | | |
| Computation | | | | |
| Vocabulary | | | | |
| Comprehension | | | | |
| Work Attack | | | | |
| Independent Reading | | | | |
| **HANDWRITING** | | | | |
| **PHYSICAL EDUCATION** | | | | |
| **MUSIC** | | | | |
| **ART** | | | | |
| **MEDIA** | | | | |
| **DANCE/DRAMA** | | | | |
| **FOREIGN LANGUAGE** | | | | |
| **COMPUTER** | | | | |

| ATTENDANCE RECORD | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Days Absent | | | | |
| Days Tardy | | | | |

# WAKE COUNTY PUBLIC SCHOOL SYSTEM
## PROGRESS REPORT - GRADES 3 - 5

**STUDENT**

**TEACHER**

**SCHOOL**

**SCHOOL YEAR** 19 ____ - ____  **GRADE LEVEL** ____

**EVALUATION CODE**
A - OUTSTANDING
B - GOOD
C - SATISFACTORY

D - HAVING DIFFICULTY
U - UNSATISFACTORY
N/A - DOES NOT APPLY
AT THIS TIME

**PERFORMANCE CODE**
C - COMMENDABLE
S - SATISFACTORY
N - NEEDS IMPROVEMENT
N/A - DOES NOT APPLY AT THIS TIME

| REPORT PERIOD | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Reading | | | | |
| Language | | | | |
| Spelling | | | | |
| Mathematics | | | | |
| Science | | | | |
| Social Studies | | | | |
| Health | | | | |

## INDIVIDUAL INSTRUCTIONAL LEVEL - ✓

FOR EACH ITEM BELOW, THE GRADE SHOWS YOUR CHILD'S PROGRESS IN RELATION TO HIS/HER INSTRUCTIONAL LEVEL, AND PERFORMANCE AS DETERMINED BY TEACHER OBSERVATION OF WORK, WORK HABITS, AND ATTITUDES.

| READING | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Gr. 1 First Reader | | | | |
| Gr. 1 Second Reader | | | | |
| Gr. 2 First Reader | | | | |
| Gr. 2 Second Reader | | | | |
| Gr. 3 First Reader | | | | |
| Gr. 3 Second Reader | | | | |
| Gr. 4 | | | | |
| Gr. 5 | | | | |
| Gr. 6 | | | | |
| SUCCESS | | | | |

| MATHEMATICS | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Grade 1 | | | | |
| Grade 2 | | | | |
| Grade 3 | | | | |
| Grade 4 | | | | |
| Grade 5 | | | | |
| Grade 6 | | | | |

| SKILLS | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **READING** | | | | |
| Independent Reading | | | | |
| Word Attack | | | | |
| Comprehension | | | | |
| Vocabulary | | | | |
| **MATHEMATICS** | | | | |
| Number Facts | | | | |
| Problem Solving | | | | |
| Accuracy | | | | |
| Concepts | | | | |
| Computation | | | | |
| HANDWRITING | | | | |
| PHYSICAL EDUCATION | | | | |
| MUSIC | | | | |
| ART | | | | |
| MEDIA | | | | |
| DANCE/DRAMA | | | | |
| FOREIGN LANGUAGE | | | | |
| COMPUTER | | | | |

| CONDUCT | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **PERSONAL/SOCIAL GROWTH** | | | | |
| Demonstrates responsible behavior | | | | |
| Shows respect and consideration for others | | | | |
| Observes school and class rules | | | | |
| **WORK STUDY HABITS** | | | | |
| Is prepared/organized for daily activities | | | | |
| Completes assignments on time | | | | |
| Uses time wisely/stays on task | | | | |
| Works neatly | | | | |
| Is attentive and listens carefully | | | | |
| Follows directions | | | | |
| Proofreads work | | | | |
| Exhibits effort/desire to learn | | | | |
| Works well independently/seeks help when needed | | | | |

| ATTENDANCE RECORD | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Days Absent | | | | |
| Days Tardy | | | | |

## TEACHER COMMENTS

FIRST:

SECOND:

THIRD:

FOURTH:

GRADE PLACEMENT FOR NEXT YEAR ____

12



WAKE COUNTY PUBLIC SCHOOL SYSTEM
PROGRESS REPORT - GRADES 3 - 5

FOR EACH ITEM BELOW, THE GRADE SHOWS YOUR CHILD'S
PROGRESS IN RELATION TO HIS/HER INSTRUCTIONAL LEVEL AND
PERFORMANCE AS DETERMINED BY TEACHER OBSERVATION OF
WORK, WORK HABITS, AND ATTITUDES.

PERFORMANCE CODE

C-COMMENDABLE
S-SATISFACTORY
N-NEEDS IMPROVEMENT
N/A-DOES NOT APPLY AT THIS TIME

EVALUATION CODE

A- OUTSTANDING
B- GOOD
C- SATISFACTORY

D- HAVING DIFFICULTY
U- UNSATISFACTORY
N/A- DOES NOT APPLY
AT THIS TIME

GRADE PLACEMENT FOR NEXT YEAR

**WAKE COUNTY PUBLIC SCHOOL SYSTEM**
**PROGRESS REPORT - GRADES 1 AND 2**

STUDENT **Stephen Cockburn**

TEACHER **Ms. D. Gentry**

SCHOOL **North Ridge Elementary**

SCHOOL YEAR 19**88** - **89**   GRADE **2**

PERFORMANCE CODE
C-COMMENDABLE
S-SATISFACTORY
N-NEEDS IMPROVEMENT
N/A-DOES NOT APPLY
AT THIS TIME

For each item below, the grade shows your child's progress in relation to his/her instructional level and performance as determined by teacher observation of work, work habits, and attitudes.

The "x" indicates the level of instruction on which the student is working. Grades are based on the individual's ability and performance on that level.

| CONDUCT PERSONAL/SOCIAL GROWTH | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Is cooperative | S | C | S | S |
| Demonstrates responsible behavior | S | S | S | S |
| Shows respect and consideration for others | C | C | S | S |
| Works well in large groups | S | S | S | S |
| Works well in small groups | S | S | S | S |
| Respects school and personal property | C | C | S | S |
| Observes school rules | C | C | S | S |
| Demonstrates good sportsmanship | S | C | S | S |

| WORK HABITS/STUDY SKILLS | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Is prepared/organized for daily activities | N | S | N | S |
| Completes class assignments | N | N | N | S |
| Uses time wisely | N | N | N | S |
| Completes homework assignments | N | S | N | S |
| Stays on task | N | N | N | S |
| Works with accuracy | N | S | N | S |
| Works neatly | N | S | N | S |
| Is attentive and listens carefully | S | S | N | S |
| Avoids unnecessary talking | S | S | N | S |
| Follows oral directions | S | S | N | S |
| Follows written directions | S | S | N | S |
| Works well independently | N | N | N | S |
| Participates in class activities | S | S | N | S |
| Exhibits effort/desire to learn | S | S | N | S |

| HANDWRITING | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Formation | S | S | S | S |
| Application | N | S | S | S |

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| ART | S | S | S | S |
| MUSIC | S | S | S | S |
| MEDIA | S | S | S | S |
| PHYSICAL EDUCATION | S | S | S | S |
| FOREIGN LANGUAGE | N/A | N/A | N/A | N/A |
| COMPUTER | N/A | N/A | S | S |

| READING LEVEL (MARK ONE WITH X) | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Exceeds expectations of grade level | | | | |
| Meets expectations of grade level | X | X | X | X |
| Does not meet expectations of grade level | | | | |

| READING PERFORMANCE | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Vocabulary | S | S | S | S |
| Word attack | S | S | S | S |
| Comprehension | S | S | S | S |
| Reads orally with expression | S | S | S | S |

| LANGUAGE LEVEL (MARK ONE WITH X) | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Exceeds expectations of grade level | | | | |
| Meets expectations of grade level | X | X | X | X |
| Does not meet expectations of grade level | | | | |

| LANGUAGE PERFORMANCE | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Grammar | S | S | S | S |
| Written Expression | S | N | N | S |
| Verbal Expression | S | S | N | S |

| MATHEMATICS LEVEL (MARK ONE WITH X) | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Exceeds expectations of grade level | | | | |
| Meets expectations of grade level | X | X | | X |
| Does not meet expectations of grade level | | | X | |

| MATHEMATICS PERFORMANCE | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Masters basic math facts | S | S | N | S |
| Understands & applies concepts | S | S | N | S |
| Problem Solving | S | S | N | S |

| SPELLING | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Spells assigned words correctly | S | S | N | S |
| Spells correctly in daily work | S | S | N | S |

| SOCIAL STUDIES | S | S | S | S |
|---|---|---|---|---|
| SCIENCE/HEALTH | S | S | S | S |

| ATTENDANCE RECORD | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Days Absent | 01 | 1 | 2 | 2 |
| Days Tardy | 06 | 9 | 3 | |

Conference (date) _____   Conference (date) _____

TEACHER COMMENTS

FIRST: _Stephen is not as motivated in school and puts little effort into his work habits. Please review the average Stephen on the record card with Stephen at home in which Stephen needs extra help._

SECOND: _Stephen continues to have difficulty getting his class work completed. He frequently daydreams and would rather sit and talk. He has the ability to do better._

THIRD: _Stephen continues to day dream in class. He doesn't take math work on time. His math work has been very poor this period. I'm very concerned about this continuing problem._

FOURTH: _Stephen, have a wonderful trip this summer!_

GRADE PLACEMENT NEXT YEAR **3**

14



# WAKE COUNTY PUBLIC SCHOOLS
## Progress Report
### Grades 1 - 6

INDIVIDUAL GROWTH AND DEVELOPMENT

For each item below, the grade shown your child's progress in relation to his/her instructional level and performance as determined by teacher observation of work, work habits, and attitudes

**Evaluation Codes:**
A—Excellent
B—Good
C—Satisfactory
D—Minimal
F—Insufficient
N/A—Does not apply at this time

| GRADING PERIOD | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| READING | | | | |
| LANGUAGE | | | | |
| SPELLING | | | | |
| HANDWRITING | | | | |
| MATHEMATICS | | | | |
| SOCIAL STUDIES | | | | |
| SCIENCE/HEALTH | | | | |
| CONDUCT | | | | |

**Evaluation Codes:**
+ Outstanding:   ✓ Does Well   — Needs Improvement

| WORK AND STUDY HABITS | | | | |
|---|---|---|---|---|
| PHYSICAL EDUCATION | | | | |
| MUSIC | | | | |
| ART | | | | |
| Follows Directions | | | | |
| Completes Assignments | | | | |
| Uses Time Assignments | | | | |
| Uses Time/Materials Wisely | | | | |
| Uses Library Skills | | | | |
| Works Independently | | | | |
| Participates in Discussions | | | | |

**ATTENDANCE RECORD**

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Days Absent | | | | |
| Days Tardy | | | | |

GRADE PLACEMENT FOR NEXT YEAR

**MATHEMATICS**

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Readiness | | | | |
| Grade 1 | | | | |
| Grade 2 | | | | |
| Grade 3 | | | | |
| Grade 4 | | | | |
| Grade 5 | | | | |
| Grade 6 | | | | |
| Other: | | | | |

STUDENT NEEDS HELP IN THE AREAS CHECKED

| MATHEMATICS | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Number Facts | | | | |
| Problem Solving | | | | |
| Accuracy | | | | |
| Other: | | | | |

**TEACHER COMMENTS**

First

Second

Third

Fourth

15

**Wake County Public School System**
**Kindergarten Progress Report**

Student _Stephen Cockburn_     School _North Ridge_

Teacher _Hoopes_     Date _June 12, 1987_

**COGNITIVE DEVELOPMENT:** The cognitive area includes those abilities that relate to acquiring and using intellectual processes - for example, language concepts, creativity, sensory development, and thinking skills.

**Teacher Comment:**

Stephen continued to show steady progress this period. He seemed to be more alert and responsible. He completed the work journals more easily to read and gain library to write new words independently. He has a satisfactory understanding of numbers, separating sets + addition + subtraction.

**PSYCHOMOTOR DEVELOPMENT:** The psychomotor area includes the child's abilities to handle his self-care needs, his growth and maturation, his fine and gross motor skills and his perceptual abilities.

**Teacher Comment:**

Stephen continued to show progress in small + large muscle development. He works attractive with his scissors + letters + colors + lines paper. He continues to become more responsible for his work and aware of his surroundings.

**AFFECTIVE DEVELOPMENT:** The affective area is related to the feelings and attitudes that the child has about himself and others, and how he relates to other people.

**Teacher Comment:**

Stephen continues to be one of the politest children I've ever met. He gets along well with his peers and he feels along well with his peers and he feels along his experiences. He seemed to be more conscious of everyday learning experiences and first period. I enjoyed having him this year. Have a good summer.

**TEACHER SIGNATURE** _Katherine C. Hoopes_

Parent/Guardian Copy

Form # 3022

Promoted to First Grade

16

**Wake County Public School System**
**Kindergarten Progress Report**

Student _Stephen Cockburn_   School _North Ridge_

Teacher _Hoopes_   Date _Jan. 28, 1987_

**COGNITIVE DEVELOPMENT:** The cognitive area includes those abilities that relate to acquiring and using intellectual processes - for example, language concepts, creativity, sensory development, and thinking skills.

**Teacher Comment:**
Stephen has made steady progress in the area of cognitive development. He has mastered letter & numeral recognition 1-10. He has a satisfactory understanding of math sets. He continues to work on learning beginning consonants sounds well.

**PSYCHOMOTOR DEVELOPMENT:** The psychomotor area includes the child's abilities to handle his self-care needs, his growth and maturation, his fine and gross motor skills and his perceptual abilities.

**Teacher Comment:**
Stephen shows progress in his fine & gross motor skill development. He handles his self care needs satisfactorily. We continue to work with him on becoming more aware of his surroundings and becoming more independently responsible for his work.

**AFFECTIVE DEVELOPMENT:** The affective area is related to the feelings and attitudes that the child has about himself and others, and how he relates to other people.

**Teacher Comment:**
Stephen is a sweet & happy person. He enjoys his peers and plays well with them. He enjoys sharing his ideas & experiences with us. He sure is enjoyable to have in our room. He is one of the politest children I've ever taught.

**TEACHER SIGNATURE** _Catherine C Hoopes_

Parent/Guardian Copy

Form # 3022

17

Wake County Public School System

Page 1 of 4
RE 1.HCA

# FOCUS OF CONCERN/SCREENING

Student: _Stephen Cockburn_   School: _West Millbrook_
Sex: _M_   Race: _B_   Grade: _6_   Parent/Guardian: _Mim Cockburn_
Date of Birth: _____   Age: _11_   Address: _7209 Fontana Pl._   _27619_

I.D. # (optional): _1247881_   Telephone: _876-7721_

I.  **Parent Conference/Contact Record**
  A.  **First Contact/Attempt**   Date: _10, 5, 92_
    School Person Making Contact: _Jayne Walker_
    Type of Contact: _✓_ School Conference ____ Letter/Note ____ Home Visit ____ Phone Call
    ____ Other: _____
    Purpose: _To discuss Stephen's lack of progress and to offer_ (with mom)
    _suggestions on ways to improve._
    Comments on Conference: _the mom felt she could take care of the_
    _problem._

  B.  **Second Contact/Attempt**   Date: _12, 15, 92_
    School Person Making Contact: _____
    Type of Contact: _✓_ School Conference ____ Letter/Note ____ Home Visit ____ Phone Call
    ____ Other: _____
    Purpose: _To discuss with dad Stephen's lack of follow-_
    _through following the conference with mom_
    Comments on Conference: _the homework sheet was going to be_
    _enforced (according to the parent)_

*several more conferences have taken place.*

II.  **Parental Notification of Screening Procedures Form (RE2) Sent**
  Notice Sent by: _Jayne Walker_   Date: _1, 20, 93_

III.  **Classroom Observation**
  Observer: _D. Morgan_   Position: _Teacher / Assistance Team_   Date: _1- , 93_
  A.  **Subject Observed**   B.  **Learning Situation**
    ____ Language Arts   ____ Social Studies   ____ One-to-One   ____ Small Group
    ____ Music   ____ Science   _✓_ Class   ____ Independent
    ____ Free Time   _✓_ P.E./Health
    ____ Art   ____ Math
    _✓_ Other: _Health Class_

  C.  **Student Behaviors**
    ____ Attentive
    ____ Sits quietly
    ____ Talks out of turn
    _✓_ Easily distracted
    ____ Overactive, restless
    ____ Talks excessively
    ____ Immature behavior
    ____ Withdrawn
    ____ Works well independently
    ____ Disruptive
    _✓_ Trouble finding place
    _✓_ Disorganized work habits
    ____ Avoids eye contact

    ____ Difficulty copying from board
    _✓_ Careless, doesn't complete tasks
    ____ Constantly out of seat
    _✓_ Contributes to class discussion
    _✓_ Short attention span
    ____ Friendly
    ____ Displays leadership ability
    ____ Easily frustrated
    ____ Aggressive toward children
    ____ Obscene language

    _✓_ Neat appearance
    ____ Demands excessive attention
    ____ Perseverates (repetitive behavior)
    _✓_ Daydreams
    ____ Tries to control others
    ____ Avoids groups
    ____ Cooperative
    ____ Does not follow directions
    ____ Unusual language
    ____ Speech problem
    ____ Other: _____

  Additional Comments (if any): _Stephen was constantly distracted from the_
  _class by the Art work he was drawing. His Assignment_
  _was incomplete but he did try to complete it while the_
  _class did the assignment._

  White Copy: Confidential File   10.91

18

Student **Stephen Cockburn**

IV. **Screening Committee Data Collection**
   A. **Records Review - School History**
     1. Attendance Pattern (indicate where problems occurred):

| | | | |
|---|---|---|---|
| Grade | 3 | 4 | 5 |
| Absences | 15 | 5 | 16 |
| Days Enrolled | 180 | 180 | 180 |
| Tardies | 14 | | 9 |

     2. Past and Current Subject Marks (three most recent, if appropriate):

| Year | Grade | | Lang. | Math | Science | So. St. |
|---|---|---|---|---|---|---|
| 89-90 | 3 | Subject | | | | |
| | | Mark | C | C | B | C |
| 90-91 | 4 | Subject | | | | |
| | | Mark | C | C | B | C |
| 91-92 | 5 | Subject | | | | |
| | | Mark | A | B | B | B |

     3. Results of Previous Testing:
     a. Instrument Used: **OLS**
       Date: 3/6/87
       Result: SAI .93

     b. Instrument Used: **OLS**
       Date: 3/92
       Results: 86

     c. Group Standardized Test Scores (record percentile scores):
       Name of Test: **CAT**

| Subject | Year 90 | Year 91 | Year 92 |
|---|---|---|---|
| Reading | 60 | 48 | 69 |
| Language | 73 | 42 | 43 |
| Math | 67 | 39 | 43 |
| Total Battery | 66 | 42 | 61 |
| Other | | 42 | 57 |

   B. **General Medical - Health Screening**
     1. Describe any serious illness or accident since birth:  Date  Hospitalized
       NONE    ___  Yes  No
            Yes  No

     2. Other Relevant Health Information:

     3. Visual Acuity
       Far (Pass)/Fail  Date __/__/__  Near  Pass/Fail
     4. Hearing (Pass)/Fail  Date __/__/__

   C. **Social Functioning and Environmental and Cultural Status**
     Information concerning the social, environmental and cultural status of this student
     (check) has been reviewed.

     Comments:

White Copy: Confidential File

10/91

19

Student *Stephen Cockburn*

V. **Intervention Strategies**
Area(s) of Concern *lack of organization — lack of focused attention*

| Interventions | Dates (Month/Day/Year) | | Results (Check) | | | |
|---|---|---|---|---|---|---|
| | Beginning | Ending | No Change | Erratic | Improvements | Success |
| 1. Praise/Attention | 9/1/92 | ongoing | | ✓ | | |
| 2. Modified Instruction | 12/15/92 | 1/5/93 | ✓ | ✓ | | |
| 3. Modified Environment | 10/5/92 | ongoing | ✓ | | | |
| 4. Counseling, Support Group | | | | | | |
| 5. Behavioral Contract Point System, Charting | | | | | | |
| 6. Parent Follow-Up | | | | | | |
| 7. Time-Out | | | | | | |
| 8. Detention | | | | | | |
| 9. Specialized Instructional Equipment | | | | | | |
| 10. Peer Tutor | 9/1/92 | ongoing | | ✓ | | |
| 11. Chapter 1, Other Support (Volunteers) | | | | | | |
| 12. Public/Private Agency | | | | | | |
| 13. Community Resources | | | | | | |
| 14. Change in Schedule | | | | | | |
| 15. Change in Curriculum | 12/15/92 | 1/20/93 | | ✓ | | |
| 16. Change in Teachers | | | | | | |
| 17. Other(s) (Specify): | | | | | | |
| 18. Other(s) (Specify): | | | | | | |

Attach documentation of strategies, anecdotal records, notes/discussion from Assistance Team, etc.

Signature of Person(s) Using Strategies *Joyce Walker*   Date: *1/20/93*

VI. After the use of the above strategies, does inappropriate behavior still appear to interfere consistently and significantly with student's **own** learning process?   Yes ✓   No ____
If yes, please comment on the following:
Duration of behavior *Stephen's good intentions of having his required assignments, proper materials, etc. usually last after a day or two.*
Frequency of behavior *consistently unprepared and without the necessary tools of learning (book, paper, etc.)*
Intensity of behavior *Severe. Stephen doesn't seem to comprehend what is expected, but rather that has seemingly gotten good at lying about what he has "forgotten to do." His parents have been appalled at some of the excuses he has given us for not having his work.*

White Copy: Confidential File

1091

20

Student  _Stephen Cockburn_

VII.   Based on information gathered during the screening process, it is the decision of this committee to:

**A. First Meeting**

1.   _____ Refer to School-Based Committee for evaluation

2.   _____ Continue regular education program with new strategies for _____ weeks.

3.   _____ Continue regular education program with strategies proved effective during screening.

Comments (if any)  _Conference with parents (Mrs. Miller + Mrs. Heid_
_Suggest that parents may wish to pursue_
_family Counseling_

_____

**Committee Members' Signatures - Positions**

_Gracie Whisnant  counselor  Sara Morgan  asst. team_

_Joyce Walker - teacher_

_Jennie High - asst Team Chair_

Date  _3 , 25 , 93_

**B. Second Meeting (only needed if A(2) is checked above)**

1.   _____ Refer to School-Based Committee for evaluation

2.   _____ Continue regular education program with strategies proved effective during screening.

Comments (if any) _____

_____

_____

_____

**Committee Members' Signatures - Positions**

_Joyce Walker - teacher_

_____

Date _____ / _____ / _____

White Copy: Confidential File

10/91

21

Student  Stephen Cockburn                                    1(d)

**LANGUAGE ARTS**

Passing Tests?

Passing Quizzes?  yes

no

Completing Classwork?  no

Completing Homework?  no

Comments? (Behavior)  often seems to be off-task, unprepared, and daydreaming

**MATH**

Passing Tests?

Passing Quizzes?  only a few

Completing Classwork?  no

Completing Homework?  no  { assignments are sometimes the wrong assignment

Comments? (Behavior)  off task - not prepared

**SCIENCE**

Passing Tests?  a few  he either really

Passing Quizzes?  no  doesn't do work of on

Completing Classwork?  no  instances ___ does not

Completing Homework?  no  but some on ___

Comments? (Behavior)  not on task, daydreams, not ___ seems lost or confused, seems ___ but he don't feel well

**SOCIAL STUDIES**

Passing Tests?

Passing Quizzes?  mainly only 1 or 2 a quarter

Completing Classwork?

Completing Homework?  no  { Many times assignment may be

Comments? (Behavior)  no  attempted but done in an incorrect manner

not on task "Daydreams"

**HEALTH**

Passing Tests?

Passing Quizzes?  NO

Completing Classwork?  NO

Completing Homework?  I have to stay on him and ask

Comments? (Behavior)  for it many times

not on task, Wants to pay attention other people

Reason for referral:  Stephen isn't meeting success in his work. He seems to be much more capable than his performance shows. He has a very difficult time organizing his work and thoughts.

DATE

NAME

PARE

ADDRE

SCHOO

SERVIC

TYPE:
Related

I.  Be

✓

✓

✓

II.  Preser
Ch
Ch
na
Ch:
Nar
Chi

Other Commen

Please sign b
School Audiolo

✓  YES,
eval

NO,
hear

AUD-4

NAME: Stephen Cockburn

DATE: March 23, 1993

ASSISTANCE TEAM TESTING

|  | AGE EQUIV. | STANDARD SCORES | % |
|---|---|---|---|
| INTELLECTUAL INDICATOR (PPVT) | 12-7 | 103 | 58 |

| ACHIEVEMENT TESTING (WJ) | GRADE EQUIV. | STANDARD SCORES | % |
|---|---|---|---|
| READING | | | |
| VOCABULARY | 7.6 | 110 | 76 |
| COMPREHENSION | 12.0 | 122 | 93 |
| MATH | | | |
| CALCULATION | 6.4 | 99 | 48 |
| WORD PROBLEMS | 6.3 | 99 | 46 |
| WRITTEN LANGUAGE | | | |
| DICTATION | 6.0 | 97 | 41 |
| WRITING SAMPLES | 5.4 | 95 | 36 |
| BROAD READING | | 115 | 84 |
| BROAD MATH | | 99 | 47 |
| BROAD WRITTEN LANG. | | 95 | 37 |

*Very Cooperative mannerly "bright" appeared*

SCHOOLWIDE TESTING PROGRAM

INTELLECTUAL INDICATOR (OLS)   86

| ACHIEVEMENT TESTING (CAT) | GRADE EQUIV. | % |
|---|---|---|
| READING | 8.2 | 81 |
| MATH | 4.1 | 37 |
| LANGUAGE | 6.9 | 70 |

A = Appropriate Behavior
I = Inappropriate Behavior                                                    RL 597

## OBSERVATION SHEET

| REFERRED CHILD: | COMPARISON CHILD: |
|---|---|

Starting Time: 1:40

**REFERRED CHILD:**

1. Raised hand to ask if he could go get vocabulary.
2. Watched teacher, then began to draw   ①
3. ate pencil   A ①
4. Raised hand to class discussion   A ①
5. looked at drawing   A ①
6. began to draw   A ①
7. focused + listened to teacher   ① ①
8. drawing   A ①
9. Raised hand to Answer Quest   Ⓐ I
10. talked to neighbor – drew   A ①
11. Raised hand to Respond   Ⓐ I
12. drawing   A ①
13. listened to class   Ⓐ I
14. drawing   A ①
15. "   A ①

Total: 6  9

**COMPARISON CHILD:**

1. Vocabulary on Desk   Ⓐ I
2. listened to teacher   Ⓐ I
3. listened to class discussion
4. "   "   "   "   Ⓐ I
5. picked nails   A ①
6. listened to teacher   Ⓐ I
7. picked fingernails   A ①
8. listened to class   Ⓐ I
9. "   "   "   Ⓐ I
10. "   "   "   Ⓐ I
11. picked fingernails   A ①
12. "   "   "   A ①
13. "   "   "   A ①
14. listened to class   Ⓐ I
15. "   "   "   Ⓐ I

Total: 10  5

Other Significant Behaviors (if any):

1. [illegible]
2.
3.
4.

Other Significant Behaviors (if any):

1.
2.
3.
4.

page 2 of 4

25

# EXHIBIT 2

# AMCAS SUMMARY APPLICATION REPORT - 2007 ENTERING CLASS

Regular M.D.

127 - Howard University

REPORT DATE: 11/22/2006 09:48 AM        PROCESSED DATE: 09/28/2006 10:08 AM

SUBMISSION DATE: 08/11/2006 05:01 PM

Applicant's Legal Name: Mr. Stephen Cockburn Harrison        SSN:        SIN:        Page: 1

AAMC ID: 11462950

**Permanent Contact:**

| | |
|---|---|
| **Address:** | 7209 fontana pl. |
| **City, State Zip, Country:** | raleigh, NC 27615, United States of America |
| **County:** | Wake |
| **Day Phone:** | 919-368-6904 |
| **Email:** | lung27@hotmail.com |
| **Legal Residence:** | Wake , NC |
| **Visa Status:** | United States of America |
| **Citizenship:** | United States of America |
| **Racial Self-Description:** | Black or African American |

| | |
|---|---|
| **Birth Date:** | |
| **Sex:** | Male |
| **Birthplace:** | boulder, Boulder (U), CO, United States of America |
| **Disadvantaged:** | No |
| **Fee Assistance:** | N/A |
| **Previous Matriculation:** | No |
| **Previous Appl:** | 2004,2005 |
| **Institutional Action:** | No |
| **Investigation Report:** | No |
| **Spanish, Hispanic, Latino/Latina:** | No |
| **Ethnic Self-Description:** | Not Spanish/Hispanic/Latino/Latina |

| School | City | State/Province | Country | Dates | Program Level | Major | Bio Sci | Minor | Degree - Degree Date | GPA | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| North Carolina Central University-Main Program | Durham | NC | United States of America | 08/1999 - 05/2003 | Undergraduate | Biology | 10 | Chemistry | Bachelor of Science - 05/2003 | 3.46 | 125.00 |
| University Of North Carolina At Chapel Hill-Main Program | Chapel Hill | NC | United States of America | 05/2006 - 07/2006 | Graduate | No Major | 05 | No Minor | No Degree Expected - | 3.30 | 3.00 |

## MCAT TEST SCORES

(NR) Not Released        *Non-Standardized Condition        (C) Computer-Based

| Test Date | Verbal | Percentile | Phy Sci | Percentile | Essay | Percentile | Bio Sci | Percentile | Total | Percentile |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/22/2006 * | 06 | 11-24 | 08 | 38-52 | M | 10-29 | 10 | 60-77 | 24M | 35-41 |
| 08/14/2004 | 05 | 10-18 | 06 | 14-27 | M | 10-29 | 03 | 2-4 | 14M | 6-8 |
| 08/16/2003 | 04 | 4-8 | 07 | 25-42 | O | 42-59 | 05 | 7-13 | 16O | 8-11 |
| 04/26/2003 | 03 | 2-4 | 06 | 13-26 | L | 5-14 | 05 | 7-13 | 14L | 5-6 |

Regular M.D.

# AMCAS SUMMARY APPLICATION REPORT - 2007 ENTERING CLASS

127 - Howard University

**REPORT DATE:** 11/22/2006 09:48 AM

**SUBMISSION DATE:** 08/11/2006 05:01 PM

**PROCESSED DATE:** 09/28/2006 10:08 AM

**Applicant's Legal Name:** Mr. Stephen Cockburn Harrison Cockburn

**AAMC ID:** 11462950

**SSN:**

**SIN:**

**Page: 2**

## VERIFIED GRADE POINT AVERAGES

| Status | BCPM | | AO | | Total | |
|---|---|---|---|---|---|---|
| | GPA | Hours | GPA | Hours | GPA | Hours |
| Postbaccalaureate Undergraduate | 3.30 | 3.00 | | | 3.30 | 3.00 |
| ""rmulative Undergraduate | 3.34 | 78.00 | 3.62 | 50.00 | 3.45 | 128.00 |
| ...raduate | | | | | | |

| Supplemental Hours: | P/F - Pass: | P/F - Fail: | A/P: | CLEP: | OTHER: | 6.00 |
|---|---|---|---|---|---|---|

# AMCAS APPLICATION REPORT - 2007 ENTERING CLASS

Regular M.D.

127 - Howard University

| | | |
|---|---|---|
| REPORT DATE: 11/22/2006 09:48 AM | SUBMISSION DATE: 08/11/2006 05:01 PM | PROCESSED DATE: 09/28/2006 10:08 AM |

Applicant's Legal Name: Mr. Stephen Cockburn Harrison Cockburn

AAMC ID: 11462950     SSN:     SIN:     Page: 1

## VERIFIED GRADE POINT AVERAGES

| Status | BCPM | | AO | | Total | |
|---|---|---|---|---|---|---|
| | GPA | Hours | GPA | Hours | GPA | Hours |
| High School | | | | | | |
| Freshman | 3.47 | 17.00 | 3.82 | 17.00 | 3.65 | 34.00 |
| Sophomore | 3.50 | 30.00 | 3.57 | 7.00 | 3.51 | 37.00 |
| Junior | 3.31 | 16.00 | 3.40 | 10.00 | 3.35 | 26.00 |
| Senior | 2.83 | 12.00 | 3.56 | 16.00 | 3.25 | 28.00 |
| Postbaccalaureate Undergraduate | 3.30 | 3.00 | | | 3.30 | 3.00 |
| Cumulative Undergraduate | 3.34 | 78.00 | 3.62 | 50.00 | 3.45 | 128.00 |
| Graduate | | | | | | |
| Supplemental Hours: | P/F - Pass: | P/F - Fail: | A/P: | CLEP: | OTHER: | 6.00 |

## MCAT TEST SCORES

*Non-Standarized Condition      (C) Computer-Based

(NR) Not Released

| Test Date | Verbal | Percentile | Phy Sci | Percentile | Essay | Percentile | Bio Sci | Percentile | Total | Percentile |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/22/2006 * | 06 | 11-24 | 08 | 38-52 | M | 10-29 | 10 | 60-77 | 24M | 35-41 |
| 08/14/2004 | 05 | 10-18 | 06 | 14-27 | M | 10-29 | 03 | 2-4 | 14M | 6-8 |
| 08/16/2003 | 04 | 4-8 | 07 | 25-42 | O | 42-59 | 05 | 7-13 | 16O | 8-11 |
| 04/26/2003 | 03 | 2-4 | 06 | 13-26 | L | 5-14 | 05 | 7-13 | 14L | 5-6 |

## OTHER TEST SCORES

| Test Name | Test Date | Test Section | Test Score |
|---|---|---|---|
| | | | |

## EDUCATION

Secondary School
Ravenscroft School
Raleigh, Wake , North Carolina, United States of America     Grad Yr:     1999

Post Secondary

| School | City | State/Province | Country | Dates | Program Level | Major | Minor | Degree - Degree Date | GPA | Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| North Carolina Central University-Main Program | Durham | NC | United States of America | 08/1999 - 05/2003 | Undergraduate | Biology | Chemistry | Bachelor of Science - 05/2003 | 3.46 | 125.00 |

Regular M.D.

# AMCAS APPLICATION REPORT - 2007 ENTERING CLASS

127 - Howard University

| REPORT DATE: 11/22/2006 09:48 AM | | SUBMISSION DATE: 08/11/2006 05:01 PM | | PROCESSED DATE: 09/28/2006 10:08 AM | |
|---|---|---|---|---|---|

Applicant's Legal Name: Mr. Stephen Cockburn Harrison Cockburn

AAMC ID: 11462950   SSN:   SIN:   Page: 2

## Post Secondary

| School | City | State/Province | Country | Dates | Program Level | Major | Minor | Degree - Degree Date | GPA | Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| University Of North Carolina At Chapel Hill- Main Program | Chapel Hill | NC | United States of America | 05/2006 - 07/2006 | Graduate | No Major | No Minor | No Degree Expected - | 3.30 | 3.00 |

## ACADEMIC RECORD

| School Name | Status | Year | Term | Course Class | Course No. | Course Name | Country | Course Type | OT Hours | Sem Hours | OT Grade | AMCAS Grade | GPA | AMCAS Use |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| North Carolina Central University | FR | 1999 | S1 | BIOL | 1300 | Molecules and cell function | | | 4.00 | 4.00 | A | A | | / |
| North Carolina Central University | FR | 1999 | S1 | FLAN | 1150 | Spanish I | | | 3.00 | 3.00 | A | A | | / |
| North Carolina Central University | FR | 1999 | S1 | ENGL | 1110 | English I | | | 3.00 | 3.00 | A | A | | / |
| North Carolina Central University | FR | 1999 | S1 | SSTU | 1521 | Dimensions of learning | | | 3.00 | 3.00 | B | B | | / |
| North Carolina Central University | FR | 1999 | S1 | MATH | 1001 | College algebra/ trig I | | | 3.00 | 3.00 | B | B | | / |
| North Carolina Central University | FR | 1999 | S2 | BIOL | 4400 | Intro to research | | | 3.00 | 3.00 | B | B | | / |
| North Carolina Central University | FR | 1999 | S2 | ENGL | 1120 | English Comp II | | | 3.00 | 3.00 | A | A | | / |
| North Carolina Central University | FR | 1999 | S2 | FLAN | 1151 | Spanish II | | | 3.00 | 3.00 | A | A | | / |
| North Carolina Central University | FR | 1999 | S2 | CHEM | 1100 | General chemistry I | | | 4.00 | 4.00 | A | A | | / |
| North Carolina Central University | FR | 1999 | S2 | MATH | 1200 | College Algebra/ trig II | | | 3.00 | 3.00 | B | B | | / |
| North Carolina Central University | FR | 1999 | S2 | OTHR | 1130 | Weight training | | | 2.00 | 2.00 | A | A | | X |
| North Carolina Central University | SO | 2000 | SS | HIST | 1320 | World Societies | | | 3.00 | 3.00 | A | A | | X |
| North Carolina Central University | SO | 2000 | SS | CHEM | 1200 | General Chemistry II | | | 4.00 | 4.00 | A | A | | X |
| North Carolina Central University | SO | 2000 | S1 | ARTS | 0511 | Applied Piano | | | 1.00 | 1.00 | A | A | | / |

Regular M.D.

# AMCAS APPLICATION REPORT - 2007 ENTERING CLASS

**REPORT DATE:** 11/22/2006 09:48 AM

127 - Howard University

**SUBMISSION DATE:** 08/11/2006 05:01 PM   **PROCESSED DATE:** 09/28/2006 10:08 AM

SIN:   **Page: 3**

Applicant's Legal Name: Mr. Stephen Cockburn Harrison Cockburn

AAMC ID: 11462950   SSN:

## ACADEMIC RECORD

| School Name | Status | Year | Term | Course Class | Course No. | Course Name | Course Type | OT Hours | Sem Hours | OT Grade | AMCAS Grade | AMCAS Use |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| North Carolina Central University | SO | 2000 | S1 | CHEM | 3100 | Organic Chemistry | | 3.00 | 3.00 | B | B | / |
| North Carolina Central University | SO | 2000 | S1 | BIOL | 2100 | Zoology | | 4.00 | 4.00 | B | B | X |
| North Carolina Central University | SO | 2000 | S1 | CHEM | 3310 | Organic Chem Lab I | | 2.00 | 2.00 | A | A | / |
| North Carolina Central University | SO | 2000 | S1 | OTHR | 1120 | Freshman honors seminar | | 3.00 | 3.00 | B | B | / |
| North Carolina Central University | SO | 2000 | S1 | MATH | 2010 | Calculus I | Incomplete (I),Repeat (R) | 5.00 | | I | | X |
| North Carolina Central University | SO | 2000 | S2 | BIOL | 3100 | Genetics | | 4.00 | 4.00 | A | A | / |
| North Carolina Central University | SO | 2000 | S2 | BIOL | 3200 | General Microbiology | | 4.00 | 4.00 | B | B | / |
| North Carolina Central University | SO | 2000 | S2 | CHEM | 3120 | Organic Chemistry II | | 3.00 | 3.00 | A | A | / |
| North Carolina Central University | SO | 2000 | S2 | CHEM | 3320 | Organic Chemistry II lab | | 2.00 | 2.00 | A | A | / |
| North Carolina Central University | SO | 2000 | S2 | PHYS | 2110 | General Physics I | | 4.00 | 4.00 | B | B | / |
| North Carolina Central University | JR | 2001 | SS | MATH | 2010 | Calculus/analytic geometry I | Repeat (R) | 5.00 | 5.00 | A | A | X |
| North Carolina Central University | JR | 2001 | S1 | ARTS | 0512 | Applied piano | | 1.00 | 1.00 | A | A | / |
| North Carolina Central University | JR | 2001 | S1 | BIOL | 4110 | Vertebrate histology | | 3.00 | 3.00 | B | B | / |
| North Carolina Central University | JR | 2001 | S1 | COMM | 1130 | Elements of speech | | 3.00 | 3.00 | A | A | X |
| North Carolina Central University | JR | 2001 | S1 | ARTS | 1410 | Arts and Humanities I | | 3.00 | 3.00 | A | A | / |
| North Carolina Central University | JR | 2001 | S1 | CHEM | 4500 | Biochemistry | Withdrawal (W) | | | WC | | X |
| North Carolina Central University | JR | 2001 | S1 | FLAN | 1170 | Japanese I | | 3.00 | 3.00 | C | C | / |

Regular M.D.

# AMCAS APPLICATION REPORT - 2007 ENTERING CLASS

**REPORT DATE:** 11/22/2006 09:48 AM

**Applicant's Legal Name:** Mr. Stephen Cockburn Harrison Cockburn

**SUBMISSION DATE:** 08/11/2006 05:01 PM

127 - Howard University

**PROCESSED DATE:** 09/28/2006 10:08 AM

**SSN:**

**AMCAS ID:** 11462950

**SIN:**

**Page:** 4

## ACADEMIC RECORD

| School Name | Status | Year | Term | Course Class | Course No. | Course Name | Course Type | OT Hours | Sem Hours | OT Grade | AMCAS Grade | AMCAS Use |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| North Carolina Central University | JR | 2001 | S1 | ARTS | 0513 | Applied Piano | Incomplete (I) | 1.00 | | I | | X |
| North Carolina Central University | JR | 2001 | S2 | BIOL | 4310 | Advanced anatomy and physiology | | 4.00 | 4.00 | B | B | / |
| North Carolina Central University | JR | 2001 | S2 | BIOL | 1220 | Science Odyssey | Withdrawal (W) | | | WC | | X |
| North Carolina Central University | JR | 2001 | S2 | PHYS | 2120 | Physics II | | 4.00 | 4.00 | B | B | / |
| North Carolina Central University | SR | 2002 | S1 | BIOL | 2020 | Basic Neurobiology | | 4.00 | 4.00 | A | A | / |
| North Carolina Central University | SR | 2002 | S1 | BIOL | 2400 | General botany | | 4.00 | 4.00 | B | B | / |
| North Carolina Central University | SR | 2002 | S1 | ARTS | 2420 | Arts and Humanities II | | 3.00 | 3.00 | A | A | / |
| North Carolina Central University | SR | 2002 | S1 | BESS | 2000 | Society and Human Behavior | | 3.00 | 3.00 | A | A | / |
| North Carolina Central University | SR | 2002 | S2 | ARTS | 0514 | Applied piano primary -4 | | 1.00 | 1.00 | A | A | / |
| North Carolina Central University | SR | 2002 | S2 | BIOL | 4040 | Senior seminar | | 1.00 | 1.00 | B | B | / |
| North Carolina Central University | SR | 2002 | S2 | CHEM | 5000 | Biochemistry | | 3.00 | 3.00 | D | D | / |
| North Carolina Central University | SR | 2002 | S2 | SSTU | 1130 | Freshman honors seminar | Honors (H) | 3.00 | 3.00 | B | B | / |
| North Carolina Central University | SR | 2002 | S2 | HEAL | 1531 | Health | | 2.00 | 2.00 | B | B | / |
| North Carolina Central University | SR | 2002 | S2 | OTHR | 1100 | Elementary swimming | | 2.00 | 2.00 | B | B | X |
| North Carolina Central University | SR | 2002 | S2 | OTHR | 5411 | Fitness | | 2.00 | 2.00 | A | A | X |
| University Of North Carolina At Chapel Hill | PB | 2006 | SS | CHEM | | Biochemistry | | 3.00 | 3.00 | B+ | B+ | X |

Regular M.D.

# AMCAS APPLICATION REPORT - 2007 ENTERING CLASS

127 - Howard University

**REPORT DATE:** 11/22/2006 09:48 AM

**SUBMISSION DATE:** 08/11/2006 05:01 PM

**PROCESSED DATE:** 09/28/2006 10:08 AM

**Applicant's Legal Name:** Mr. Stephen Cockburn Harrison Cockburn

**AAMC ID:** 11462950

**SSN:**

**SIN:**

**Page: 5**

## IDENTIFYING INFORMATION

**ID Type: Number(s):**

**US SSN:** 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

**Name Type: Name (Salutation First Middle Last, Suffix)**

Legal: Mr. Stephen Cockburn Harrison Cockburn

Preferred: Mr. Stephen Cockburn Harrison Cockburn

**DOB:** 03/12/1981  **Birthplace:** boulder, Boulder (U), CO, United States of America  **Citizenship:** United States of America

**Legal Residence:** Wake , NC  **Visa Status:**

## CONTACT INFORMATION

**Preferred:**

**Address:** 7209 fontana pl.

**City, State Zip, Country:** RALEIGH, NC 27615, United States of America

**County:** Wake

**Email:** lung27@hotmail.com

**Day:** 919-368-6904

**Eve:** 919-876-7721

**Fax:**

**Permanent:**

**Address:** 7209 fontana pl.

**City, State Zip, Country:** raleigh, NC 27615, United States of America

**County:** Wake

**Email:** lung27@hotmail.com

**Day:** 919-368-6904

**Eve:** 919-876-7721

**Fax:**

## BIOGRAPHIC INFORMATION

**Sex:** Male

**Legal USA Resident:** Yes

**Legal Residence:** Wake , NC

**Citizenship:** United States of America

**Birth Date:** 03/12/1981

**Birthplace:** boulder, Boulder (U), CO, United States of America

**Visa Status:**

**Racial Self-Description:** Black or African American

**Dependents:** 0

**Primary Language:** English

**Other Language(s):**

**Spanish, Hispanic, Latino/Latina:** No

**Ethnic Self-Description:** Not Spanish/Hispanic/Latino/Latina

Regular M.D.

# AMCAS APPLICATION REPORT - 2007 ENTERING CLASS

127 - Howard University

| REPORT DATE: 11/22/2006 09:48 AM | SUBMISSION DATE: 08/11/2006 05:01 PM | PROCESSED DATE: 09/28/2006 10:08 AM |
| --- | --- | --- |

Applicant's Legal Name: Mr. Stephen Cockburn Harrison Cockburn

AAMC ID: 11462950    SSN:    SIN:    Page: 6

## PARENTS AND GUARDIANS

| Parent/Guardian Name | Sex | Living? | Legal Residence: (County/State/Country) | Education Level | School Name | Occupation |
| --- | --- | --- | --- | --- | --- | --- |
| Joan Cockburn | Female | Yes | Wake , North Carolina, United States of America | Some Graduate School | Wake Forest University | Clergy |
| ‑sh Cockburn | Male | Yes | Wake , North Carolina, United States of America | Doctoral Degree | George Washington University | Lawyer or Judge |

## SIBLINGS

| Age | Sex |
| --- | --- |
| 32 | Male |
| 40 | Female |
| 41 | Female |

## DISADVANTAGED/CHILDHOOD INFORMATION

Disadvantaged?: No
Explanation:

**Primary Childhood Residence**
City:
County:
State:
‑ity / State / Country:
‑escription:

**Underserved (Self-Reported):**
Family Income Level:
Number In Household:
Family Assistance Program:
Paid Employment Before 18:
Contribution To Family:
Paid For Post-Secondary Education:

## EXPERIENCE

Experience Type: Community Service/Volunteer - not Medical/Clinical
Experience Name: Habitat for Humanity
Contact Name & Title: Bruce Miller, Project director
Organization Name: Habitat for Humanity
City / State / Country: N/A / WV / United States of America
Experience Description: Habitat for Humanity was an eye opening experience. We spent a week in the mountains of West Virginia building houses. It was long hours, but very rewarding in the end.

Dates: 09/2000 - 09/2000      Hours/Week: 45

Regular M.D.

# AMCAS APPLICATION REPORT - 2007 ENTERING CLASS

127 - Howard University

REPORT DATE: 11/22/2006 09:48 AM   SUBMISSION DATE: 08/11/2006 05:01 PM   PROCESSED DATE: 09/28/2006 10:08 AM

Applicant's Legal Name: Mr. Stephen Cockburn Harrison   AAMC ID: 11462950   SSN:   SIN:   Page: 7
Cockburn

## EXPERIENCE

**Experience Type:** Other
**Experience Name:** Shadowing Surgical rounds at UNC   **Dates:** 03/2006 - Until Present   **Hours/Week:** 1
**Contact Name & Title:** Britt Ritter, Clinical Pharmycist
**Organization Name:** Inpatient Pharmacy
**ity / State / Country:** Chapel Hill / NC / United States of America
**Experience Description:** Every other friday, I have been given the priviledge to Shadow surgical rounds on the Burn ICU. This has been a tremendous experience
for me.

**Experience Type:** Other
**Experience Name:** Shadow Infectious disease team at UNC   **Dates:** 07/2006 - Until Present   **Hours/Week:** 2
**Contact Name & Title:** Ralph Raasch, Clinical Pharmacist
**Organization Name:** Inpatient Pharmacy
**City / State / Country:** Chapel Hill / NC / United States of America
**Experience Description:** Ralph Raasch is a clinical pharmacist who accompanys the ID team for consults. Shadowing the team has enabled me to see CT scans,
lab work, and doctor patient interactions.

**Experience Type:** Other
**Experience Name:** Shadowing Internal Medicine infectious diseases   **Dates:** 07/2006 - Until Present   **Hours/Week:** 1
**Contact Name & Title:** Rahki Kwara, Resident Pharmacist
**Organization Name:** Inpatient Pharmacy
**City / State / Country:** Chapel Hill / NC / United States of America
**perience Description:** Shadowing Internal medicine has allowed me to see patient care from a primary care point of view.

**Experience Type:** Other
**Experience Name:** Shadowed a Urologist at Rex   **Dates:** 08/2006 - 08/2006   **Hours/Week:** 2
**Contact Name & Title:** Mark Rothman, Urologist
**Organization Name:** Rex Hospital
**City / State / Country:** Raleigh / NC / United States of America
**Experience Description:** up until now the field of urology was a mystery to me. However, shadowing Dr. Rothman has showed me that their is a lot more to urology
than I originally thought.

Regular M.D.

# AMCAS APPLICATION REPORT - 2007 ENTERING CLASS

127 - Howard University

| REPORT DATE: 11/22/2006 09:48 AM | SUBMISSION DATE: 08/11/2006 05:01 PM | | PROCESSED DATE: 09/28/2006 10:08 AM |
|---|---|---|---|
| Applicant's Legal Name: Mr. Stephen Cockburn Harrison Cockburn | AAMC ID: 11462950 | SSN: | SIN: | Page: 8 |

## EXPERIENCE

**Experience Type:** Other
**Experience Name:** Shadowed Cardiologist at wake med
**Contact Name & Title:** Robert Zeilinger, Cardiologist
**Organization Name:** Wake Medical hospital
**City / State / Country:** Raleigh / NC / United States of America
**Experience Description:** Shadowing Dr. Zelinger was an amazing experience. I was priviledged to see many specialty procedures such as angioplasty.

**Dates:** 05/2000 - 06/2000    **Hours/Week:** 20

**Experience Type:** Other
**Experience Name:** Shadowed Cardiosurgeon at Wake Med
**Contact Name & Title:** John Hunter, Cardiosurgeon
**Organization Name:** Wake medical Hospital
**City / State / Country:** Raleigh / NC / United States of America
**Experience Description:** Dr.Hunter allowed me to watch him perform a double bypass surgery.

**Dates:** 05/2000 - 05/2000    **Hours/Week:** 4

**Experience Type:** Paid Employment - Military
**Experience Name:** Physics researcher
**Contact Name & Title:** Branislav Vlahovic, Physics Proffesor
**Organization Name:** Physics Department
**City / State / Country:** Durham / NC / United States of America
**Experience Description:** With funding from the department of defense, undergrads from different science fields were chosen to do research on a particular subject of their choice. My research was on the similarities between DNA and semiconductors.

**Dates:** 01/2002 - 05/2004    **Hours/Week:** 25

**Experience Type:** Paid Employment - not Military
**Experience Name:** Laboratory technician
**Contact Name & Title:** Kimberly Gorham, Study director
**Organization Name:** AAI Pharmaceutical
**City / State / Country:** Chapel Hill / NC / United States of America
**Experience Description:** I work for the clininical department of AAI. This is where phase 1 drugs are tested on healthy subjects. My job is to monitor the subjects, extract blood plasma, and document heart rate and blood pressure.

**Dates:** 04/2004 - Until Present    **Hours/Week:** 12

Regular M.D.

# AMCAS APPLICATION REPORT - 2007 ENTERING CLASS

127 - Howard University

REPORT DATE: 11/22/2006 09:48 AM    SUBMISSION DATE: 08/11/2006 05:01 PM    PROCESSED DATE: 09/28/2006 10:08 AM

Applicant's Legal Name: Mr. Stephen Cockburn Harrison    AAMC ID: 11462950    SSN:    SIN:    Page: 9
Cockburn

## EXPERIENCE

**Experience Type:** Paid Employment - not Military
**Experience Name:** Laboratory Technician
**Contact Name & Title:** Pradeep Chatterjee, Molecular Biologist
**Organization Name:** Biomedical-Biotechnology Research Institute
**ty / State / Country:** Durham / NC / United States of America
**Experience Description:** At BBRI my job ranged from running gels to preforming DNA sequencing. The main focus of our research was regarding a gene that was prevalent in prostate cancer.

**Dates:** 05/2003 - 07/2004    **Hours/Week:** 40

**Experience Type:** Paid Employment - not Military
**Experience Name:** Pharmacy Technician
**Contact Name & Title:** Jimmy Barnes, IV Pharmacist
**Organization Name:** UNC Hospitals
**City / State / Country:** Chapel Hill / NC / United States of America
**Experience Description:** As a Pharmacy tech in the inpatient pharmacy, my job is to make sure that the patients recieve meds in a timely and professional manner. My job ranges from data entry to making iv bags.

**Dates:** 04/2005 - Until Present    **Hours/Week:** 40

**Experience Type:** Research/Lab
**Experience Name:** Laboratory Technician
**Contact Name & Title:** Karen Sarsony, Chief Lab Tech
**Organization Name:** US Forestry Service
**City / State / Country:** Durham / NC / United States of America
**perience Description:** At the Service, my unit was part of a five year study to analyze the soil content in North Carolina. My job was to collect soil samples and check the Carbon Concetration.

**Dates:** 05/2001 - 09/2001    **Hours/Week:** 40

**Experience Type:** Teaching/Tutoring
**Experience Name:** Biology department tutor
**Contact Name & Title:** Vernon Clark, Pre Profesional health society
**Organization Name:** Biology department
**City / State / Country:** Durham / NC / United States of America
**Experience Description:** Under the Pre-professional health society, we provided many different services for students in the Biology department. One of these services was tutoring in physics, organic chemistry, and biology.

**Dates:** 01/2001 - 04/2003    **Hours/Week:** 6

Regular M.D.

# AMCAS APPLICATION REPORT - 2007 ENTERING CLASS

127 - Howard University

| REPORT DATE: 11/22/2006 09:48 AM | SUBMISSION DATE: 08/11/2006 05:01 PM | PROCESSED DATE: 09/28/2006 10:08 AM |
|---|---|---|
| Applicant's Legal Name: Mr. Stephen Cockburn Harrison Cockburn | AAMC ID: 11462950     SSN: | SIN:     Page: 10 |

## EXPERIENCE

| | |
|---|---|
| **Experience Type:** | Teaching/Tutoring |
| **Experience Name:** | Martial Arts instructor |
| **Contact Name & Title:** | David NG, Owner |
| **Organization Name:** | Kung Fu Amis academy |
| **ty / State / Country:** | Raleigh / NC / United States of America |
| **Experience Description:** | At this school, I have been an instructor for 2 years now. Martial arts has always been important to me because it demands discipline and determination. |

**Dates:** 01/1991 - Until Present     **Hours/Week:** 8

| | |
|---|---|
| **Experience Type:** | Teaching/Tutoring |
| **Experience Name:** | Piano Teacher |
| **Contact Name & Title:** | Stephen Cockburn, Piano instructor |
| **Organization Name:** | N/A |
| **City / State / Country:** | Raleigh / NC / United States of America |
| **Experience Description:** | As a piano instructor I had students from ages 8 to 25. This job was incredible, because I was able to teach others something that I truly enjoy. |

**Dates:** 01/2001 - 02/2004     **Hours/Week:** 6

## PERSONAL COMMENTS

"Code blue Surgical ICU. Code blue Surgical ICU." The raspy voice over the intercom resounded in my ears. Code blue? What's that? I thought to myself. The two pharmacists sitting in front of their computers stared at each other. "So who's going?" asked Richard. "Mark reluctantly crawled from his chair. "I'll go," said Mark. Richard looked over at me and his eyes widened. "Hey Mark, why don't you take Stephen with you?" said Richard. Mark grabbed a crash cart and quickly walked across the room. He turned his head and made a gesture for me to follow him. As we power walked down the corridor, Mark gave me the crash cart and began to advise me on what to pay attention to. "Don't just look at what the doctors are doing. Examine the code as a whole. Make sure you keep an eye on the monitors in particular." I looked at Mark and said, "This may come across as a dumb question but what is a code blue?" Mark smiled and slid his ID badge through the reader. "You're about to see for yourself." When the door unlocked and opened, the unit was crowded with at least ten doctors watching the code. At the front of the excitement was a nurse on top of the patient vigorously giving chest compressions. "Pharmacy!" screamed Mark. Everyone in the area turned around and gave us a grimacing stare. Embarrassed, Mark and I made our way through the crowd of residents to the gurney. The electrocardiograph was showing a heart rate over 115 and what looked to my virgin eyes like an abnormal heart rhythm. Later I learned that the patient was in ventricular tachycardia. I walked out of the ICU and looked at the doctor taking the family into a conference room to tell them what had happened. "The worst part of the job," said Mark. Excited yet remorseful, we headed back to the pharmacy.

Regular M.D.

# AMCAS APPLICATION REPORT - 2007 ENTERING CLASS

## 127 - Howard University

REPORT DATE: 11/22/2006 09:48 AM    SUBMISSION DATE: 08/11/2006 05:01 PM    PROCESSED DATE: 09/28/2006 10:08 AM

Applicant's Legal Name: Mr. Stephen Cockburn Harrison    AAMC ID: 11462950    SSN:    SIN:    Page: 11
Cockburn

## PERSONAL COMMENTS

Working in the pharmacy has been both rewarding and beneficial to my professional goals. First and foremost, UNC Hospitals is a teaching hospital not only to medical students but to employees such as myself who aspire to become medical students. When I was first interviewed to be a pharmacy technician, I made it very clear to my supervisors that I intended to become a physician. My supervisors embraced my ambitions and encouraged me to think of the position as an opportunity to familiarize myself with numerous conditions and diseases, as well as the drugs that are used to treat them. Data entry has allowed for me to not only learn different types of pathology, but also the drug therapy used to treat the patient.

Shadowing doctors at UNC has also been a useful experience. Since February, I have accompanied Britt Ritter, a clinical pharmacist, on rounds with the general surgery team. Every other Friday I meet with them at about 7:00 A.M. in the Burn ICU. Before I met Britt, I had no idea that rounding was a process that involved not only the attending and residents, but the third and fourth year medical students as well. In addition to seeing how morning rounds work, I have also observed certain conditions in person that until February I had only read about such as cellulitis, toxic epidermal necrolysis, and Steven Johnson Syndrome.

In conclusion, working as a pharmacy technician was not a part of my plan. Three years ago, if someone had asked me where I would be today, I would have replied, "going into my fourth year of medical school." However, life does not always work out the way one plans. My first three MCAT scores were extremely low. Ironically, I saw this predicament as an opportunity for myself to analyze my weaknesses and improve. When I was in West Virginia with Habitat for Humanity, one of the houses we were preparing to build had to be delayed due to a weak foundation. This put us four days behind schedule. We spent three grueling days examining the trail points and renovating them. It was an arduous task, but in the end we succeeded in building a house that was stronger than it would have been had we completed the task on our original timetable. This situation is analogous to my own path. I have probed the weaker aspects of my application and have reinforced them. Although Graduate Biochemistry was a difficult class to take, especially during the summer working a full time job, I was able to earn a respectable grade through determination and perseverance. Making amends for my early academic record has made me a mature candidate who understands what it takes to get through medical school. I am an ambitious, mature applicant dedicated to becoming a hardworking physician.

## SCHOOL COMMENTS

| Date | User | Tab Name | Comment |
|---|---|---|---|
| 10/02/2006 04:11:59 PM | 12336720 | Summary | Okay MCAT after 4 tries.  bcon us ijat.  2004 MCAT.  Never worked with underserved. |

Regular M.D.

# AMCAS APPLICATION REPORT - 2007 ENTERING CLASS

127 - Howard University

**REPORT DATE:** 11/22/2006 09:48 AM    **SUBMISSION DATE:** 08/11/2006 05:01 PM    **PROCESSED DATE:** 09/28/2006 10:08 AM

**Applicant's Legal Name:** Mr. Stephen Cockburn Harrison Cockburn    **AAMC ID:** 11462950    **SSN:**    **SIN:**    **Page:** 12

## TRANSACTION HISTORY

| Date | Transaction Date | User | Transaction Description |
|------|------------------|------|-------------------------|
|      |                  |      |                         |

## ADDITIONAL APPLICATION INFORMATION

**Previous Application:** 2004,2005

**Previous Matriculation:** No

**Med School:**

**Matric Year:**

**Explanation of Reapplication:**

**Institutional Action:** No

**Explanation of Institutional Action:**

**Felony:** No

**Explanation of Felony:**

## LETTERS OF EVALUATION

## INTERVIEW NOTES

# EXHIBIT 3

**Interviewed Applicant Supplemental Information Form**

**College of Medicine
Howard University**

**Print Name** Stephen H. Cockburn

1. Please describe the communities in which you have lived.

I was born in boulder Colorado. However, my family moved to Raleigh, N.C. when I a year old. I was raised in a middle class suburb that was not particularly diverse. This was one of the determining factors in choosing an HBCU for undergrad.

2. Please describe the type of community in which you would like to practice after completion of medical training.

Being a phycisian has always meant serving ones community. For myself, it is very important for me to give back to the community by working in An underserved Area. I would like to open an innercity clinic help those who can't afford health care

3. Please discuss the type of medical practice you would like to engage in after completion of training.

Medicine At this time, I am open to working in Any type of medical practice. However, after I have completed my training, I would like to establish a private practice. Also, I would like to establish a government funded clinic Also.

4. Please report all work or volunteer experiences in communities needing physician services and/or populated largely by Blacks, Puerto Ricans, Mexican-Americans or American Indians.

1. Habitat for humanity; Building houses in westvirginia, 2. The concord House; this was a nursery/Day care center for low income single mothers, 3. Queens soupkitchen; Aocated in Queens N.Y. I handed out food to the poor.

5. Briefly describe the high school you attended in terms of size, student composition, public vs. private, strength of academic program, and other characteristics. I Attended Ravenscroft high school. This is a private school consisting of a preschool, elementary school, middle, and high school. Our highschool had about 300 students, And my senior class had 83 students. Including myself their

6. What was your class rank in high school? (Approximate if you do not remember exactly) were 5 African Americ

# N/A Out of    N/A    Graduating Students

(Due to the intensity of Acedemics, Ravenscroft decided not to have A class rank.)

**7.** What were your SAT\ACT scores?

SAT Verbal _506_   SAT Math _510_   ACT_____

**8.** Please report any grades you have received since completing your AMCAS application:

| College | Courses | Grades |
|---------|---------|--------|
|         |         |        |
|         |         |        |
|         |         |        |
|         |         |        |
|         |         |        |

**9.** Please report any honors, achievements, and/or significant community or extracurricular activities not reported on your AMCAS application:

1) Glaxo scholar

2) member of Phi eta Sigma honors society

3) Enrolled in the honors program at NCCU

4) Graduated Magna Cumlaude

**10.** Please describe and explain any academic problems incurred while in college and/or graduate or professional school, including withdrawals from courses or school, incomplete grades and grades of C, D, E or F (or their equivalent): Note: institutional actions must be explained in detail on a form designed for this purpose. You may obtain one from our Admissions Office.

When I recieved a D in biochemistry, it was during a time where I wasn't used to ~~holding~~ working and going to school. I knew that this would be a grade that I would have to rectify. ~~After~~ After I recieved a job from UNC hospitals as a pharmacy tech, I retook the Graduate level Biochemistry at Chapel Hill and earn a B+.

**11.** How did you prepare for the MCAT? (If taken more than once; describe preparation for each MCAT):

The first 3 times that I took the MCAT, I failed to prepare properly. First and foremost I didn't start studying until a month before each test. The 4th time I gave myself a year for preparation. I also focused more on how to take the MCAT.

**12.** Do you know anyone in the Washington area? Yes __✓__ No____

(If yes, please let us know whom you know, e.g., relatives, friends, and current Howard University students.

I have many relatives in the area and I know a few of the 2nd year medical students.

**13.** Why do you want to attend HUCM? What do you think we might offer you? What would you offer to us?

One of the many great things that I have heard about this institution is that the proffesor's do more than just prepare students for their board examinations. They prepare students to be well trained clinicians also. I feel that this is very important in todays fast changing medical field. I feel that As A canidate I offer Howard a student who excited and dedicated to learning, contributing, and becoming a ~~Physician~~ competent Physician.

**14.** Where and when did you first hear about HUCM?

My Father Attended this university for Undergrad. So I have known of this medical school ever since I made a the decision to become A physician

**15.** Foreign students (neither U.S. citizen nor permanent resident) must indicate the percentage of expected resources which will come from:

| | | | | |
|---|---|---|---|---|
| Parents or other relatives | % | Government Scholarship or Loan | % |
| Personal savings | % | Other Financial Aid | % |
| Spouse's employment | % | Other (specify) | % |
| Personal employment | % | Other (specify) | % |

Signature _____     Date _11/29/06_

E-mail Address _luny27@Hotmail.com_     Fax No. _____

Home Phone _(914) 876-7721_     Work Phone _(919) 368-6904_

# EXHIBIT 4





### THE UNIVERSITY OF NORTH CAROLINA
### AT
### CHAPEL HILL

Department Of Chemistry
Brian P. Hogan, PhD
Telephone: (919) 962-4746
Email: hoganb@email.unc.edu

CB#3290 Venable & Kenan Laboratories
University of North Carolina at Chapel Hill
Chapel Hill, NC 27599-3290
FAX: (919) 962-2388

Dear Application Review Committee member:

I have been asked to write this letter on behalf of Mr. Stephen Cockburn in support of his application for admission to medical school. Stephen enrolled in my Introduction to biological chemistry class as a continuing education student during summer session I 2006 after earning his bachelors degree from North Carolina Central University. Based on my interactions with Stephen both inside and outside of class, I believe that he possess the intellect and desire to be a successful and compassionate physician.

Stepehn took introduction to biological chemistry with me this past year in order to increase his understanding of biological systems while also working full time as a pharmacy technician. Taking biochemistry is a daunting for any student, but my course essentially covers two semesters of biochemistry in 5 weeks. Stephen did a fine job of balancing his studies and his professional life and ultimately earned a letter grade of "B+" in my course, which placed him in the top 15% of the class. I found his questions and answers to be both intelligent and well organized. He demonstrated the ability to rapidly learn difficult concepts and integrate them into a broader intellectual framework. I believe Stephen to be deeply invested and dedicated to his education, and I was impressed with his desire to try to not only memorize details, but to understand concepts.

On a personal level, Mr. Cockburn possesses an affable personality, which makes him very easy to teach/interact with, and he rapidly learns from his mistakes. In sum, it is without reservation that I recommend Mr. Stephen Cockburn for admission to your medical program. I am confident he will become a skilled and compassionate physician in the future.

Sincerely,

Brian P. Hogan, PhD
Assistant Professor
Department of Chemistry

University of North Carolina
Chapel Hill, NC, 27599
hoganb@email.unc.edu

# EXHIBIT 5

Case 2:10-cv-01407-JS   Document 29-8   Filed 02/07/11   Page 43 of 43

**From:**      John Myers
**To:**        Fuller, James
**Date:**     9/8/2005 5:25:36 PM
**Subject:**   Extra Time on Tests

Good Afternoon Dr. Fuller,

     I have received a request from Stephen Coburn, who was enrolled in CHEM 3100 and 3120 - Organic Chemistry I and II lecture courses that I taught a few years ago, to provide a statement that he was allowed extra time to complete tests during these courses.   He was allowed extra time for these tests although I did not request documentation that he qualified for the extra time.

     I can be reached at 530-6461, if you need further information.

      - John A. Myers

John A. Myers, Ph.D.
Professor of Chemistry
Department of Chemistry
North Carolina Central University
Durham, NC  27707
Phone    919-530-6461
FAX       919-530-5135
email      jmyers@nccu.edu