UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN HARRISON COCKBURN, | : | |
| | : | |
| v. | : | CIVIL ACTION No. 10-1407-JS |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS. | : | |

## [PROPOSED] ORDER

This matter is before the Court on the motion of defendant National Board of Medical Examiners ("NBME") for summary judgment.  Having reviewed the record herein and considered any argument of counsel, the Court finds, as a matter of law, that plaintiff Stephen Cockburn ("Mr. Cockburn") is not substantially limited in any major life activities.  Therefore, he is not disabled within the meaning of the Americans with Disabilities Act ("ADA").

Summary judgment is hereby ORDERED in favor of defendant NBME.

Dated: _____, 2011.

_____
United States District Judge

90360652.1

-2-

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed electronically and is available for viewing and downloading from the ECF system. Counsel of record for plaintiff were served through the Court's electronic case filing system.

                                                                                                              /s/ Robert A. Burgoyne