IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN HARRISON COCKBURN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 10-1407 |
| ) | |
| NATIONAL BOARD OF ) | |
| MEDICAL EXAMINERS ) | |
| ) | |
| ) | |
| Defendant ) | |

## AFFIDAVIT OF STEPHEN H. COCKBURN

1. My name is Stephen H. Cockburn. I am over 18 years old, I have personal knowledge of the matters stated herein, and I am competent to testify to those matters.

2. Elementary school, middle school and high school were a struggle for me, academically. I only received the grades that I did because I spent hours working when I went home.

3. When I was in elementary school, my teachers constantly supervised me when I was supposed to be completing classwork. My teachers did this in order to redirect me to the assignment. Without that supervision, I would become distracted by other things in the classroom, and it would be very difficult for me to return to the classwork.

4. My parents constantly supervised me when I was completing homework, for the same reasons.

5. During elementary school and middle school, teachers repeatedly told my parents that I was easily distracted, and that my school performance would improve significantly if I could maintain my attention during classes.

6. I have received the accommodation, either informally or formally, of extra time on tests since I was in 9th grade.

7. When I was in high school, I met with a tutor after school every day, for help on completing classwork and homework assignments. This tutoring took place even if it meant that I missed other activities, such as football practice.

8. I was first evaluated by Dr. David Filipowski in 1998, when I was in 11th grade at Ravenscroft School. I learned that the data from that evaluation indicated that I should receive extra time to complete tests and quizzes.

9. As a result, I received formal accommodations of extra time for the rest of high school, and received the accommodation of extra time the second and third time that I took the SAT.

10. When I got to college, I went individually to all of my professors to let them know about the results of Dr. Filipowski's evaluation. My professors understood my difficulties, and provided me with extra time to complete tests.

11. After graduating from college, but before attending medical school, I have held several jobs, including pharmaceutical technician at the Hospital of University of North Carolina-Chapel Hill, laboratory technician for AAIPharma, car salesman, martial arts instructor, and piano teacher.

12. My work experiences have not involved very much reading, and have not required sustained attention.

13. I received the accommodation of extended time the fourth time that I took the MCAT in April 2006. I believe that my higher score on that administration was due in large part to the accommodation of extended time.

14. I receive the accommodation of double time on tests and quizzes during medical school.

15. One of my hobbies is Japanese animation. During college, I took classes to learn how to speak Japanese. I decided to take the classes because I had such a hard time reading the subtitles before they were replaced on the screen.

16. During high school, college and now in medical school, I have noticed that I read at a much slower rate than other students. If I try to read faster, I have a much harder time understanding the text.

17. If I had not been provided with the accommodation of extra time on tests and quizzes during high school and college, I would not have done well in those schools, and I would not be in medical school today.

I declare and affirm, under the penalties of perjury and based upon my personal knowledge, that all of the facts set forth in this Affidavit are true and correct.

Stephen H. Cockburn

2/12/11
Date