

### Table 1
Percentages of MCAT Examinees Achieving Scaled Score Levels and Associated Percentile Rank Ranges by Area of Assessment
Combined 2008 Administrations  N = 75,809

**Total Score**



| Scaled Score | Percent Achieving Score | Percentile Rank Range |
|---|---|---|
| 45 | 0.0 | 99.9—99.9 |
| 44 | 0.0 | 99.9—99.9 |
| 43 | 0.0 | 99.9—99.9 |
| 42 | 0.1 | 99.9—99.9 |
| 41 | 0.1 | 99.7—99.8 |
| 40 | 0.2 | 99.5—99.6 |
| 39 | 0.4 | 99.2—99.4 |
| 38 | 0.7 | 98.5—99.1 |
| 37 | 1.0 | 97.6—98.4 |
| 36 | 1.3 | 96.2—97.5 |
| 35 | 1.9 | 94.4—96.1 |
| 34 | 2.4 | 92.0—94.3 |
| 33 | 2.9 | 89.0—91.9 |
| 32 | 3.9 | 85.1—88.9 |
| 31 | 4.6 | 80.5—85.0 |
| 30 | 5.2 | 75.3—80.4 |
| 29 | 5.7 | 69.6—75.2 |
| 28 | 5.9 | 63.7—69.5 |
| 27 | 6.3 | 57.3—63.6 |
| 26 | 6.3 | 51.0—57.2 |
| 25 | 6.3 | 44.7—50.9 |
| 24 | 5.7 | 38.9—44.6 |
| 23 | 5.5 | 33.4—38.8 |
| 22 | 5.1 | 28.4—33.3 |
| 21 | 4.7 | 23.7—28.3 |
| 20 | 4.0 | 19.7—23.6 |
| 19 | 3.6 | 16.1—19.6 |
| 18 | 3.0 | 13.2—16.0 |
| 17 | 2.7 | 10.5—13.1 |
| 16 | 2.1 | 08.4—10.4 |
| 15 | 1.8 | 06.5—08.3 |
| 14 | 1.5 | 05.0—06.4 |
| 13 | 1.3 | 03.7—04.9 |
| 12 | 1.0 | 02.7—03.6 |
| 11 | 0.8 | 01.9—02.6 |
| 10 | 0.6 | 01.3—01.8 |
| 9 | 0.5 | 00.9—01.2 |
| 8 | 0.4 | 00.5—00.8 |
| 7 | 0.2 | 00.3—00.4 |
| 6 | 0.1 | 00.2—00.2 |
| 5 | 0.1 | 00.0—00.1 |
| 4 | 0.0 | 00.0—00.0 |
| 3 | 0.0 | 00.0—00.0 |

**Scaled Score**
Mean = 24.9
Std Deviation = 6.4

Copyright © 2008 AAMC MCAT. All rights reserved.



EXHIBIT A



## Physical Sciences



| Scaled Score | Percent Achieving Score | Percentile Rank Range |
|---|---|---|
| 15 | 0.1 | 99.9–99.9 |
| 14 | 1.8 | 98.2–99.8 |
| 13 | 1.9 | 96.3–98.1 |
| 12 | 5.4 | 90.9–96.2 |
| 11 | 8.9 | 82.0–90.8 |
| 10 | 11.2 | 70.8–81.9 |
| 9 | 12.8 | 58.0–70.7 |
| 8 | 14.9 | 43.1–57.9 |
| 7 | 17.8 | 25.3–43.0 |
| 6 | 12.9 | 12.4–25.2 |
| 5 | 7.3 | 05.1–12.3 |
| 4 | 2.5 | 02.6–05.0 |
| 3 | 2.1 | 00.6–02.5 |
| 2 | 0.5 | 00.0–00.5 |
| 1 | 0.0 | 00.0–00.0 |

Scaled Score
Mean = 8.2
Std Deviation = 2.4

## Verbal Reasoning



| Scaled Score | Percent Achieving Score | Percentile Rank Range |
|---|---|---|
| 15 | 0.1 | 99.8–99.9 |
| 14 | 0.2 | 99.6–99.7 |
| 13 | 1.2 | 98.5–99.5 |
| 12 | 2.9 | 95.6–98.4 |
| 11 | 11.0 | 84.6–95.5 |
| 10 | 15.5 | 69.1–84.5 |
| 9 | 16.3 | 52.8–69.0 |
| 8 | 14.9 | 37.9–52.7 |
| 7 | 10.7 | 27.2–37.8 |
| 6 | 11.6 | 15.6–27.1 |
| 5 | 6.0 | 09.7–15.5 |
| 4 | 4.8 | 04.9–09.6 |
| 3 | 2.1 | 02.8–04.8 |
| 2 | 1.7 | 01.0–02.7 |
| 1 | 0.9 | 00.0–00.9 |

Scaled Score
Mean = 8.0
Std Deviation = 2.5

## Writing Sample



| Scaled Score | Percent Achieving Score | Percentile Rank Range |
|---|---|---|
| T | 0.8 | 99.2–99.9 |
| S | 5.0 | 94.1–99.1 |
| R | 9.3 | 84.9–94.0 |
| Q | 18.3 | 66.6–84.8 |
| P | 9.1 | 57.4–66.5 |
| O | 13.2 | 44.2–57.3 |
| N | 9.0 | 35.2–44.1 |
| M | 23.3 | 11.9–35.1 |
| L | 7.7 | 04.2–11.8 |
| K | 3.2 | 01.0–04.1 |
| J | 0.9 | 00.0–00.9 |

Scaled Score
75th Percentile = Q
50th Percentile = O
25th Percentile = M

## Bilogical Sciences



| Scaled Score | Percent Achieving Score | Percentile Rank Range |
|---|---|---|
| 15 | 0.6 | 99.5–99.9 |
| 14 | 1.5 | 98.0–99.4 |
| 13 | 2.1 | 95.9–97.9 |
| 12 | 6.7 | 89.2–95.8 |
| 11 | 12.2 | 77.0–89.1 |
| 10 | 19.2 | 57.8–76.9 |
| 9 | 16.0 | 41.8–57.7 |
| 8 | 15.7 | 26.1–41.7 |
| 7 | 7.2 | 18.9–26.0 |
| 6 | 8.3 | 10.6–18.8 |
| 5 | 3.4 | 07.1–10.5 |
| 4 | 3.4 | 03.7–07.0 |
| 3 | 2.0 | 01.8–03.6 |
| 2 | 0.7 | 01.1–01.7 |
| 1 | 1.0 | 00.0–01.0 |

Scaled Score
Mean = 8.7
Std Deviation = 2.5

Copyright © 2008 AAMC MCAT. All rights reserved.