IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEPHEN HARRISON COCKBURN      :           CIVIL ACTION
                               :
            v.                 :           No.  10-1407
                               :
NATIONAL BOARD OF MEDICAL      :
     EXAMINERS                 :

**ORDER**

AND NOW, this 16th day of February, 2011, it is ORDERED Plaintiff Stephen Cockburn's

February 16, 2011, letter request to begin the trial in this matter on March 7, 2011, is GRANTED.

Trial will begin on March 7, 2011, at 10:00 a.m. in Courtroom 8B.


                        BY THE COURT:


                            /s/ Juan R. Sánchez
                        Juan R. Sánchez, J.