# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN HARRISON COCKBURN, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No. 10-1407-JS |
| v. | : | |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : | |
| | : | |
| Defendant. | : | |

## [PROPOSED] ORDER

This matter is before the Court on Plaintiff's Motion to Strike the Declaration of Caroline Mew.

Having reviewed the parties' briefs and considered any argument by counsel and the record herein, the Court hereby DENIES Plaintiff's motion.

SO ORDERED.

Dated: _____, 2011.

_____
United States District Judge

90374327.1