# EXHIBIT A

| NO. | DESCRIPTION | SOURCE |
|---|---|---|
| 1. | USMLE Guidelines to Request Test Accommodations | Farmer Decl. Ex. 1 |
| 2. | United States Medical Licensing Examination Step 1 and Step 2 Clinical Knowledge Applicant's Request for Test Accommodations | Farmer Decl. Ex. 2 |
| 3. | Ravenscroft School, standardized test scores | Farmer Decl. Ex. 4 |
| 4. | Ravenscroft School, transcript | Farmer Decl. Ex. 5 |
| 5. | September 16, 2005 letter from Janet Smith | Farmer Decl. Ex. 7 |
| 6. | December 19, 2005 letter from James D. Fuller | Farmer Decl. Ex. 8 |
| 7. | July 13, 2009 letter from Scott Satterlund | Farmer Decl. Ex. 11 |
| 8. | 1998 Psychological Evaluation (Dr. Filipowski) | Farmer Decl. Ex. 14 |
| 9. | 2005 Psychological Evaluation (Dr. Filipowski) | Farmer Decl. Ex. 15 |
| 10. | June 17, 2009 Facsimile with NDRT scale scores | Farmer Decl. Ex. 16 |
| 11. | June 23, 2009 letter from Dr. Sparks | Farmer Decl. Ex. 17 |
| 12. | 2009 Neuropsychological Evaluation (Dr. Culotta) | Farmer Decl. Ex. 21 |
| 13. | November 8, 2009 letter from Dr. Zecker | Farmer Decl. Ex. 22 |
| 14. | Wake County Public School Records | Mew Decl. Ex. 1 |
| 15. | AMCAS Summary | Mew Decl. Ex. 2 |
| 16. | Interviewed Applicant Supplemental Information Form | Mew Decl. Ex. 3 |
| 17. | Letter from Brian Hogan (UNC) | Mew Decl. Ex. 4 |
| 18. | September 8, 2005 email from John Myers | Mew Decl. Ex. 5 |
| 19. | Howard University College of Medicine 06-07 Secondary Application | Cockburn Depo. Ex. 10 |
| 20. | Howard University College of Medicine Applicant Interview Form | Cockburn Depo. Ex. 12 |
| 21. | Howard University, Self-Identification of Disability | Cockburn Depo. Ex. 13 |
| 22. | Howard University, Self-Identification of Disability | Cockburn Depo. Ex. 14 |
| 23. | Culotta CV | Culotta Depo. Ex. 17 |
| 24. | Sparks CV | Sparks Depo. Ex. 1 |
| 25. | Zecker CV | Zecker Depo. Ex. 13 |
| 26. | Diagnostic & Statistical Manual of Mental Disorders, Fourth Edition, Text Revision (DSM-IV) – Reading Disorder Diagnostic Criteria | Mew Decl. Ex. 9 |
| 27. | DSM-IV – ADHD Diagnostic Criteria | Mew Decl. Ex. 10 |
| 28. | DSM-IV – Writing Disorder | |
| 29. | Testing, Testing, Testing! | Culotta Depo. Ex. 18 |

# EXHIBIT A

| NO. | DESCRIPTION | SOURCE |
|---|---|---|
| 30. | Neuropsychological Assessment and Advances in Neuroscience | Culotta Depo. Ex. 19 |
| 31. | Psychological/Neuropsychological Testing | Culotta Depo. Ex. 20 |
| 32. | After the Demise of Discrepancy:  Proposed Learning Disabilities Diagnostic Criteria | Culotta Depo. Ex. 21 |
| 33. | Culotta evaluation and bill | Culotta Depo. Ex. 22 |
| 34. | Patient Registration | Culotta Depo. Ex. 23 |
| 35. | Notes on letter from NBME | Culotta Depo. Ex. 24 |
| 36. | Raw test material | Culotta Depo. Ex. 26 |
| 37. | Raw test material | Culotta Depo. Ex. 27 |
| 38. | Plaintiff's Answers to Defendant's First Set of Interrogatories | |
| 39. | Plaintiff's Answers to Defendant's First Set of Requests for Admission | |
| 40. | Sample USMLE questions | http://www.usmle.org/ Orientation/2010/menu.ht ml |
| 41. | Coleman et al., "Passageless Comprehension on the *Nelson-Denny Reading Test*:  Well Above Chance for University Students," J. of Learning Disabilities (Nov. 23, 2009) | |
| 42. | Joy et al., "Assessment of ADHD Documentation from Candidates Requesting Americans with Disabilities Act (ADA) Accommodations for the National Board of Osteopathic Medical Examiners COMLEX Exam," J. of Attention Disorders 14(2) 104-108 | |
| 43. | Murray-Ward, Review of the Nelson-Denny Reading Test, Forms G and H, *in* The Thirteenth Mental Measurements Yearbook (Impara & Plake, eds.), 1998, at 683-86 | |
| 44. | Board of Directors, American Academy of Clinical Neuropsychology, American Academy of Clinical Neuropsychology (AACN) Practice Guidelines for Neuropsychological Assessment and Consultation, The Clinical Neuropsychologist, 21: 209-231, 2007 | |
| 45. | Standards for Educational and Psychological Testing (1999) | |
| 46. | R. Sparks & B. Lovett, "Objective Criteria of Postsecondary Students as Learning Disabled," J. of Learning Disabilities, Vol. 42, No. 3, at 230 (May/June 2009) | |
| 47. | R. Sparks & B. Lovett, "College Students with Learning Disability Diagnoses:  Who Are They & How Do They Perform?", J. Learning Disabilities, Vol. 42, No. 6, at 494 (November/December 2009) | |
| 48. | B. Lovett & R. Sparks, "Exploring the Diagnosis of 'Gifted/LD': | |

# EXHIBIT A

| NO. | DESCRIPTION | SOURCE |
|---|---|---|
|  | Characterizing Postsecondary Students with Learning Disability Diagnosis at Different IQ Levels," <u>J. of Psychoeducational Assessment</u>, 28(2) 91-101 (2010) |  |