IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN HARRISON COCKBURN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. **10-1407** |
| | ) | |
| **NATIONAL BOARD OF** | ) | |
| **MEDICAL EXAMINERS** | ) | |
| | ) | |
| **Defendant** | ) | |

_____

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY**

The Court issued a scheduling order on September 9, 2010. The Defendant filed a Motion for Summary Judgment on February 7, 2011. The Plaintiff filed a Response to the Motion for Summary Judgment on February 14, 2011. The Defendant filed a Reply to the Plaintiff's Response to the Motion for Summary Judgment on February 17, 2011.

The Plaintiff hereby respectfully moves this Court for leave to file a Surreply Brief pursuant to Local R. 7.1(c), which provides that the Court "may require or permit further briefs or submissions if the Court deems it appropriate," and requests leave to file a Surreply for reasons stated in the Surreply Brief, attached as an exhibit hereto. See Exhibit 1, Plaintiff's Surreply to the Defendant's Reply to the Plaintiff's Response in Opposition to the Motion for Summary Judgment.

The Plaintiff respectfully requests that the Court grant this Motion, and that the attached brief be docketed in this matter. A Proposed Order is attached.

1

RESPECTFULLY SUBMITTED,

/s/ Wayne D. Steedman
Wayne D. Steedman, Esq.
Federal Bar No. 09474
Callegary & Steedman, P.A.
201 N. Charles St., Suite 1402
Baltimore, MD 21201
(410) 576-7606
wayne@callegarysteedman.com
Attorney for Defendants

/s/ James F. Silver
James F. Silver, Esq.
Federal Bar No. 28571
Callegary & Steedman, P.A.
201 N. Charles Street, Ste. 1402
Baltimore, Maryland 21201
410-576-7606
james@callegarysteedman.com
Attorney for the Plaintiff

/s/ Judith A. Gran
Judith A. Gran, Esq.
Federal Bar No. 40134
Reisman Carolla Gran LLP
19 Chestnut Street
Haddonfield, New Jersey 08033
(856) 354-0061
jgran@reismancarolla.com
Attorney for the Plaintiff

DATED:  February 24, 2011

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed electronically and is available for viewing and downloading from the ECF system. Counsel of record for the Defendant were served through the Court's electronic case filing system.

/s/ James F. Silver