Publisher: Fredrick A. Schrank, PhD

Supervising Editors: Melanie A. Bartels Graw
Jan M. Mauer

Senior Production Editors: Erica M. LaForte
Jan E. Armstrong

Production Editor: Carissa Kowalski

Design: Matthew Doherty Design

Copyright © 2001 by The Riverside Publishing Company. All rights reserved. No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording or by any information storage or retrieval system without the prior written permission of The Riverside Publishing Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Contracts and Permissions Department, The Riverside Publishing Company, 425 Spring Lake Drive, Itasca, IL 60143-2079.

Printed in the United States of America.

Compuscore, WJ III, the WJ III logo, WJ-R, and Woodcock-Johnson are registered trademarks of Houghton Mifflin Company.

**Reference Citations**

■ To cite the entire WJ III battery, use:

Woodcock, R. W., McGrew, K. S., & Mather, N. (2001). *Woodcock-Johnson III*. Itasca, IL: Riverside Publishing.

■ To cite the Tests of Achievement, use:

Woodcock, R. W., McGrew, K. S., & Mather, N. (2001). *Woodcock-Johnson III Tests of Achievement*. Itasca, IL: Riverside Publishing.

■ To cite this manual, use:

Mather, N., & Woodcock, R. W. (2001). Examiner's Manual. *Woodcock-Johnson III Tests of Achievement*. Itasca, IL: Riverside Publishing.

■ To cite the computer software, use:

Schrank, F. A., & Woodcock, R. W. (2001). WJ III Compuscore and Profiles Program [Computer software]. *Woodcock-Johnson III*. Itasca, IL: Riverside Publishing.

The WJ III tests are not to be used in any program operating under statutes or regulations that require disclosure of specific item content and/or correct responses to the public, including subjects or their parents. Any unauthorized distribution of the specific item content and/or correct responses is prohibited by copyright law.

For technical information, please call 1.800.323.9540 or visit our web site at www.woodcock-johnson.com



4 5 6 7 8 9 10-BDN-06 05 04 03 02 01





**Figure 5-1.**
Comparison of the traditional and extended percentile rank scales with the standard score scale (M = 100, SD = 15).

If a subject's percentile rank is 0.2, for example, this indicates not only that the score is in the first percentile (1.0) but, furthermore, that only 2 persons out of 1,000 (0.2%) would have a score as low or lower. If an individual's percentile rank is determined to be 99.8, this indicates that the person's performance was as good as or better than that of 998 persons out of 1,000 (99.8%) in the reference group, or that only 2 out of 1,000 people would have a score as high or higher. Extending the percentile rank scale adds approximately one and one-half standard deviations of discriminating measurement to the range of a traditional percentile rank scale—three-fourths of a standard deviation at the top and three-fourths of a standard deviation at the bottom.

## Standard Score

The standard score scale used in the WJ III ACH is based on a mean (M) of 100 and a standard deviation (SD) of 15. This scale is the same as most deviation-IQ scales and may be used to relate standard scores from the WJ III to other test scores based on the same mean and standard deviation. The WJ III also includes extended standard scores providing a greater range of standard scores (0 to over 200) than do other tests. Standard scores sometimes present a disadvantage to inexperienced users and others, such as parents or the subject, because the scores lack objective meaning. Consequently, the interpretation of a standard score is often explained using its equivalent percentile rank. Figure 5-1 illustrates the relationship between selected standard scores and the extended percentile rank scale.

In writing reports or communicating test results to parents and others, an examiner may prefer to use verbal labels rather than numbers to describe test performance. A classification of standard score and percentile rank ranges is provided in Table 5-3 as a guideline for describing an individual's relative standing among age- or grade-peers. The third column provides a set of verbal labels for the score ranges. Use caution and professional judgment in the selection and application of verbal labels to describe a range of scores. Although labels may assist in communicating test results, the terminology is at times ambiguous or the meaning of the labels is misunderstood.

Table 5-3.
Classification of Standard Score and Percentile Rank Ranges

| Standard Score Range | Percentile Rank Range | WJ III Classification |
|---|---|---|
| 131 and above | 98 to 99.9 | Very Superior |
| 121 to 130 | 92 to 97 | Superior |
| 111 to 120 | 76 to 91 | High Average |
| 90 to 110 | 25 to 75 | Average |
| 80 to 89 | 9 to 24 | Low Average |
| 70 to 79 | 3 to 8 | Low |
| 69 and below | 0.1 to 2 | Very Low |

The Compuscore and Profiles Program provides the option to report an additional standard score from a selection of four other types of standard scores: $z$ scores, $T$ scores, stanines, and normal curve equivalents (NCEs). The basic standard score is the $z$ score with a mean of 0 and a standard deviation of 1. The $T$ score has a mean of 50 and a standard deviation of 10. Although $T$ scores have been frequently used in education and industry, they have been replaced by the deviation-IQ scale ($M = 100$, $SD = 15$) for most clinical applications. Another standard score scale is the traditional stanine scale. Stanines have a mean of 5 and a standard deviation of 2 and are most useful in applications in which a single-digit gross scale of measurement is desired. The normal curve equivalent scale (Tallmadge & Wood, 1976) has a mean of 50 and a standard deviation of 21.06 and has been used most often for evaluating student performance in certain federally funded programs.

## Standard Error of Measurement

To provide a more accurate depiction of performance, a statistical estimate can be made of the amount of error inherent in a score. This standard error of measurement (*SEM*) is used to determine ranges of scores and provides an indication of the degree of confidence professionals can have in an obtained score. One advantage derived from the Rasch scaling of test data is that a unique calculation of the *SEM* is provided for each possible score. This is in contrast to other test development procedures that may provide only the average *SEM* for the group of subjects studied.

# Interpreting Profiles

The Compuscore and Profiles Program will plot two distinct types of profiles: the Age/Grade Profile and the Standard Score/Percentile Rank Profile. These two graphic representations display a subject's instructional zone, as well as his or her performance compared to peers.

## Interpreting Age/Grade Profiles

The Age/Grade Profile presents a graphic display of the subject's level of development by displaying the instructional zone. This profile may provide the most meaningful interpretation of test performance in many situations, particularly when planning instructional or service needs and when presenting results to nonprofessionals, such as parents or the subject.

The shaded area represents the instructional zone along an age or grade developmental scale within which the subject would perceive tasks, related to those in the test, as being *easy* (RPI = 96/90) to those that the subject would perceive as being *difficult* (RPI = 75/90). Age- and grade-equivalent scales are provided for reference on the Age/Grade Profile to assist in the interpretation of the instructional zone. The width of these zones for each test and/or