IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN HARRISON COCKBURN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-1407 |
| | ) | |
| NATIONAL BOARD OF MEDICAL EXAMINERS | ) ) | |
| | ) | |
| Defendant | ) | |

_____

**(PROPOSED) ORDER**

AND NOW, this __ day of February, 2011, it is ORDERED Plaintiff's Motion for Leave to File a Surreply is hereby GRANTED; and

Plaintiff's Surreply to the Defendant's Reply in Support of the Motion for Summary Judgment is docketed.

BY THE COURT:

_____
Juan R. Sánchez, J.