IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEPHEN HARRISON COCKBURN )
)
Plaintiff, )
)
v. ) Civil Action No. 10-1407
)
NATIONAL BOARD OF )
MEDICAL EXAMINERS )
)
Defendant )

) ORDER

AND NOW, this 25 day of February, 2011, it is ORDERED Plaintiff's Motion for Leave to File a Surreply is hereby GRANTED; and

Plaintiff's Surreply to the Defendant's Reply in Support of the Motion for Summary Judgment is docketed.

BY THE COURT:

Juan R. Sánchez, J.