## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN HARRISON COCKBURN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | No. 10-1407-JS |
| NATIONAL BOARD OF MEDICAL | : | |
| EXAMINERS, | : | |
| | : | |
| Defendant. | : | |

### STIPULATION OF DISMISSAL

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff Stephen Harrison Cockburn hereby dismisses

this action with prejudice, all parties to bear their own costs, attorneys' fees and expenses.

Date: March 4 , 2011

Respectfully submitted,

Wayne D. Steedman
James F. Silver
Callegary & Steedman, P.A.
201 N. Charles Street, Suite 1402
Baltimore, MD 21201

Judith A. Gran
Reisman Carolla Gran LLP
19 Chestnut Street
Haddonfield, NJ 08033

Counsel for Plaintiff Stephen H. Cockburn

SO STIPULATED:

Robert A. Burgoyne
Caroline M. Mew
Fulbright & Jaworski L.L.P.
Suite 500
801 Pennsylvania Avenue, NW
Washington, DC 20004

Counsel for Defendant National Board of Medical
Examiners

-2-